**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
Justin D. Balser, AZ SBN 027850
justin.balser@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant
Lakeview Loan Servicing, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherman Lyons, Jr./ The Lyons Family Trust,<br><br>Plaintiff,<br><br>v.<br><br>Leonard J. McDonald; Julio Aldecocea c/o Lakeview Loan Servicing, LLC,<br><br>Defendants. | Case No.<br><br>**PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION**<br><br>[28 U.S.C. §§ 1332, 1441, 1446]<br><br>[Superior Court of Arizona in Maricopa County Case No. CV2024-007052]<br><br>Complaint Filed: May 8, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Lakeview Loan Servicing, LLC ("Defendant") hereby removes Maricopa County Superior Court Case No. CV2024-007052 to this Court.

**I.    STATEMENT OF THE CASE**

1.    Plaintiff Sherman Lyons, Jr. ("Plaintiff") filed his state court complaint on May 8, 2024. (*See* Complaint, attached hereto as Exhibit A).

PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

2. Plaintiff asserts claims for violation of 15 U.S.C. § 1681s-2(a)(1) and 15 U.S.C § 1681-2(b) (the Federal Fair Credit Reporting Act or "FCRA"), and violation of 15 U.S.C § 1601, (the "Truth in Lending Act" or "TILA").

**II. BASIS FOR REMOVAL JURISDICTION**

**A. Federal Question Jurisdiction Exists over Plaintiff's Claims for Alleged Violations of FCRA and TILA.**

1. District courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States.

2. A case "arises under" federal law if the complaint establishes "either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Proctor v. Vishay Intertechnology, Inc.*, 584 F.3d 1208, 1219 (9th Cir. 2009) (citations omitted).

3. Plaintiff relies heavily, if not exclusively, on Federal law in his complaint—namely the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(a)(1), 15 U.S.C § 1681-2(b) *et seq.* and the Federal Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq. See*, e.g., Compl. at p. 3.

4. This court further has supplemental jurisdiction over Plaintiff's remaining state law claims, if any are later found to apply, because these arise from the same case and controversy as the alleged FCRA and TILA claims. *See* 28 U.S.C. § 1367(a).[1]

5. A state law claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would

[1] Defendant does not believe that Plaintiff has alleged any state law claims for which relief may be granted; however, should such claims be later found by the Court to have been implied, these would presumably arise from the same case and controversy as Plaintiff's federal claims, and supplemental jurisdiction would apply.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

normally be tried together. *See e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.*, 333 F.3d 923, 925 (9th Cir. 2003). The facts related to Plaintiff's state law claims are intertwined with and based upon her allegations of wrongdoing under the federal statutes listed above. *See*, e.g., Compl. at Ex. C.

**III.    ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED**

1.      Removal of this action is timely. Although it does not appear that Defendant was properly served, it became aware of this lawsuit on or after May 8, 2024. ("The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant . . . of a copy of the initial pleading . . . or . . . service of summons upon the defendant").

2.      This court is the appropriate forum. Plaintiff filed suit in the Superior Court of Arizona in Maricopa County. This court is the federal judicial district embracing that district and county. 28 U.S.C. § 1441.

3.      Defendant will submit a supplemental civil cover sheet with this Notice of Removal.

4.      A copy of the most recent version of the state court docket is attached as Exhibit A. LRCiv 3.6(b).

5.      The Complaint is attached as Exhibit B, hereto. Plaintiff has not served Defendant with any documents. Defendant includes the remaining documents filed in the state court action with Exhibit B. 28 U.S.C. § 1446(a).

6.      Defendant will also serve written notice of this filing on the Plaintiff and will file a copy of this notice with the clerk in the state court action as 28 U.S.C. § 1446(d) and LRCiv 3.6(a) require.

7.      Defendant does not waive objections to service, jurisdiction, venue, or other defenses or objections it may have. Defendant reserves all defenses, motions and pleas.  Defendant prays that the state court action be removed, that all further

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

proceedings in the state court be stayed and that Defendant receive all additional relief to which it is entitled.

### LR 3.6(b) Certification of Filing State Court Documents

The undersigned hereby certifies that true and complete copies of all available pleadings and other documents filed in the state court proceeding have been filed in this matter.[2]

## IV.    CONCLUSION

By this notice of removal, Defendant does not waive any objections it may have as to service, jurisdiction, venue, or any other defenses or objections. Defendant makes no admission of fact, law, or liability by this notice and expressly reserves all defenses, motions and pleas. Defendant prays that the state court action be removed to this court, that all further proceedings in the state court be stayed and that Defendant receive all additional relief to which it is entitled.

Respectfully submitted on June 6, 2024.

TROUTMAN SANDERS
HAMILTON PEPPER LLP

By: */s/ Justin D. Balser*
       Justin D. Balser

Attorneys for Defendant
Lakeview Loan Servicing, LLC

---

[2] Defendant notes that the documents identified as "Application Deferral/Waiver" and the Affidavit in support of the same were not available on the online docket. These do not appear to be substantive and/or were not available due to policy or confidentiality concerns; however, if this court so directs, Defendant will attempt to obtain copies and will file them in this action if possible.

PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and a copy of the foregoing **PETITION FOR REMOVAL BASED ON FEDERAL QUESTION JURISDICTION** was served via regular mail on the following:

| | |
|---|---|
| Sherman Lyons Jr.<br>406301 West Missouri Avenue<br>Glendale, Arizona 85301<br><br>*Pro Se Plaintiff* | Robert G. Anderson, Esq.<br>2055 East Centennial Circle<br>Tempe, Arizona 85284<br><br>*Attorneys for Defendant Moria Development, Inc., Stanley A. Morris and Robert G. Anderson* |
| Leonard J. McDonald, Esq.<br>Michael F. Bosco, Esq.<br>Tiffany & Bosco<br>7720 N. 16th Street, Suite 300<br>Phoenix, Arizona 85020<br><br>*Attorneys for Leonard McDonald and Tiffany & Bosco* | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Executed on **June 6, 2024,** at Irvine, California.

*/s/ Carla Llarena*
Carla D. Llarena

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

- 1 -