# EXHIBIT A

3

170528307

ORIGINAL

*reveed personally 5-8-24 10:31 A.M*

Person Filing: Sherman Lyons Jr
Address (if not protected): 40. 6301 West Missouri Avenue
City, State, Zip Code: Glendale Arizona (85301)
Telephone: 602 796 0571
Email Address: ShermanLyons81@gmail.com
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr.
_____
Name of Plaintiff

And

Leonard J. Mcdonald
_____
Name of Defendant

Case No.: CV 2024-007052

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

For Clerk's Use Only

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| :-- |

**FROM THE STATE OF ARIZONA TO:** Leonard J. Mcdonald (Beneficiary)
Name of Defendant

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

    *   Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

    *   Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

    *   Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

    *   Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

    Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JEFF FINE, CLERK

SIGNED AND SEALED this date     APR – 1 2024

_____
CLERK OF SUPERIOR COURT

By_____
                    Deputy Clerk
T. Varela
Deputy Clerk

Person Filing: Sherman Lyons Jr.

Address (if not protected): 10 6301 West Missouri Avenue

City, State, Zip Code: Glendale, Arizona (85301)

Telephone: (002 796 0577

Email Address: ShermanLyons81@gmail.com

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ R

COPY

APR - 1 2024

CLERK OF THE SUPERIOR COURT
T. VARELA
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Sherman Lyons Jr.
Name of Plaintiff

See Exhibit A
Name of Defendant

Case Number: CV2024-007052

Title: **CIVIL COMPLAINT**

Amendment

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☒ Other reason: The Honorable Court has legal Authority to hear and decide this case

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 4

CVC10f 070118

Case Number: _____

## DISCOVERY TIER

2.    Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign
my case to the following tier based on the amount of damages I request.

☐  Tier 1 = Actions claiming $50,000 or less in damages.

☒  Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐  Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.    The Plaintiff in this case is Sherman Lyons Jr/The Lyons Family Trust
c/o 6301 West Missouri Avenue, Glendale, Arizona (85301)

4.    The Defendant in this case is Julio Aldecocea c/o Lakeview Loan Servicing
,LLC 4425 Ponce de leon Blvd, Coral Gables, Florida 33146

## STATEMENT OF FACTS AND BREACH

5. Lack of Proof of Debt legitimacy, Defendant's have failed to provide Plaintiff with the original note (not copy) verifiable proof of Ownership.

6. No Verification of Receipt: Defendant's has not provided any proof that Plaintiff actually received the alleged loan from any of the Alleged Lenders.

7. (MERS) Involvement raises concern about owership and lawful/legal servicing without a default purchase/Transfer of alleged loan.

8. Data Security Breach's: Plaintiff is concern about all potential data breach's of Defendant's system, could compromise personal Information.

9. Deception: Defendant's have threatened illegal action's, such as foreclosure, without proper lawful/legal justification

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f  070118

Case Number: _____

10.  ___( See Exhibit B )___

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) Defendant's Violated 15 U.S.C § 1681s- 2(a)(1) by furnishing inaccurate information about the alleged loan/debt to CRA's

( 2 ) Defendant's violated 15 U.s.C § 1681-2(b) by failing to investigate Plaintiff's dispute regarding the alleged loan/debt.

( 3 ) Defendant's violated 15 U.S.C § 1692 by engaging in harassing debt/loan Alleged collection practices.

( 4 ) Defendant's violated 15 U.s.C § 1692e by making false or misleading statements about the alleged loan/debt.

( 5 ) Plaintiff Knows the alleged loan/debt may violate TILA when converted into a security without proper disclosures.

(   ) ___( See Exhibit C )___

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 1 ) Loss of access to credit; Inaccurate loan/debt reporting leading to damages to credit worthiness and financial reputation.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 3 of 4                    CVC10f 070118

( 2 ) Mental and Emotional distress, harassment and unfair Alleged Loan/ debt collection practices leading to stress, anxiety and emotional turmoil.

( 3 ) Financial Injuries, Include but not limited to Illegal/unlawful foreclosure resulting in potential loss of property and equity.

( 4 ) Legal and Regulatory injuries, failure to comply with the Truth in Lending Act (TILA) resulting in legal and financial uncertain

(  ) _____

_____ (See Exhibit D)

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) Grant judgment in favor of Plaintiff on all claims asserted herein, including court cost.

( 2 ) Award damages to Plaintiff including statutory damages, actual damages, punitive damages, and attorney's fee's.

( 3 ) Order Defendant's to correct inaccuracies on Plaintiff's credit reports and cease all unlawful/Illegal debt/loan Collection Activites.

( 4 ) Based on facts and circumstances of this case Grant such other and further relief as this Honorable court deems just and prop

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.) (See Exhibit E)

Dated this 04/1/2024 .
        (Date of signature)

_Sherman Lyons Jr._
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 4 of 4

CVC10f 070118

# EXHIBIT A

(1) JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING LLC/PRESIDENT
(2) LEONARD J.MCDONALD/BENEFICIARY 2525 EAST CAMELBACK ROAD SUITE#700
(3) EMPIRE WEST TITLE AGENCY,LLC,AN ARIZONA LIMITED LIABILITY COMPANY
(4) ROBERT ANDERSON,GENERAL COUNSEL,MORIA DEVELOPMENT,INC
(5) STAN MORRIS,DBA PEOPLES MORTGAGE/CEO
(6) MORTGAGE ELECTRONIC REGISTRATION SYSTEM(MERS)
(7) TIFFANY AND BOSCO,P.A 2525 EAST CAMELBACK ROAD,SUITE#700
(8) SEAN O'NEAL/SVP GENERAL PARTNER/BAYVIEW MSR OPPORTUNITY MASTER FUND

# EXHIBIT B

(11)IMPROPER CREDIT REPORTING:The alleged creditor inaccurately reported debt Information on credit bureau reports without proper verification or validation procedures Of the alleged debt/loan.

(12) Truth in Lending Act Violation:The alleged borrower asserts their rights under the Truth in Lending Act(TILA)and claims that they are actually the creditor in this transaction,challenging The legitimacy of the alleged loan in question.

(13) Plaintiff is the rightful land patent and plat holder.

(14) Loan converted into security issue:Facts suggest that the purported alleged loan was converted Into a security without proper disclosure or consent from the alleged borrower.

(15) Violation of the Truth in Lending Act by failing to disclose pertinent alleged loan information And treating Plaintiff as the borrower when Plaintiff is,in fact tha creditor.

(16) When quoting U.C.C. statutes, the courts require them to be quoted with State or Federal statute designation. U.C.C. codes are United Nations statutes, but are codified in every local jurisdiction. SOLYOM v. THE MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION, 53 Md. App. 280 (1982) 452 A.2d 1283.

(17) In accordance with 31 U.S.C. §5103 and 18 USC §8, such Note instruments are "national bank currency" and thereby 'coin or currency of the United States' by statutory definition and can be issued by Private Bankers who are banking members of the Private Bankers National Banking Association, PBNBA, and are "THE EQUIVALENT" OF MONEY as per 12 USC §1813 (L) and must be accepted by all banks and financial institutions as payoff, set off, discharge, and full settlement of all debts and loans.

# EXHIBIT C

(7) Plaintiff asserts that Defendant's actions outline above constitute violations of the FCRA Specifically sections 623,626,and 627.

(8) Defendant violates FDCPA U.S.C 1692 et seq

(9) Defendant violates one of many (MERS) rulings one being supreme court ruling Edelstein v. Bank of NEW YORK MELLON.

(10) Leading Fighter v.County of Gregory,230 n.w.2d114,116(1975)

(11) [16Am jur 2d..Sec 255]

(12) The 14th Amendment Sec 1

(13) When quoting U.C.C. statutes, the courts require them to be quoted with State or Federal statute designation. U.C.C. codes are United Nations statutes, but are codified in every local jurisdiction. SOLYOM v. THE MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION, 53 Md. App. 280 (1982) 452 A.2d 1283.

(14) In accordance with 31 U.S.C. §5103 and 18 USC §8, such Note instruments are "national bank currency" and thereby 'coin or currency of the United States' by statutory definition and can be issued by Private Bankers who are banking members of the Private Bankers National Banking Association, PBNBA, and are "THE EQUIVALENT" OF MONEY as per 12 USC §1813 (L) and must be accepted by all banks and financial institutions as payoff, set off, discharge, and full settlement of all debts and loans.

# EXHIBIT D

6. Financial Injuries:

Illegal foreclosure resulting in potential loss of property and equity.

Inaccurate debt reporting leading to damage to creditworthiness and financial reputation.

Failure to provide proof of debt or original note/mortgage causing uncertainty and potential financial liability.

7. Emotional and Mental Distress:

Harassment and unfair debt collection practices leading to stress, anxiety, and emotional turmoil

Security breach in the creditor's system causing fear and concern over potential identity theft or misuse of personal information.

8. Legal and Regulatory Injuries:

Violation of the Fair Credit Reporting Act (FCRA) leading to legal and regulatory repercussions.

Failure to comply with the Truth in Lending Act (TILA) resulting in legal and financial uncertainty for the plaintiff.

9. Loss of Rights and Remedies:

Denial of due process and legal rights in the foreclosure process.

Inability to access remedies and corrections for inaccurate credit reporting.

# EXHIBIT E

(5) Verification and validation of alleged debt/loan documentation.

(6) Declaration affirming borrowers status as creditor if proven under TILA.

(7) Cease and desist orders against further and unfair debt/loan collection practices.

(8 )Invalidation of any foreclosure action taken without proper legal basis.

(9) An injunction prohibiting Defendant from further attempts to collect on the alleged debt/loan
Until the dispute is resolved.

(10) an order requiring Defendant to furnish all CRAs with a statement that the debt is
Disputed and the outcome of the court case.

(11) An order declaring the attempted foreclosure on the mortgage property illegal.

(12) An order requiring Defendant to disclose the nature and extent of the alleged data breach.

7400 4234

[ ORIGINAL ]

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6: 32

FILED
BY L Carlile

Person Filing: Sherman Lyons Jr
Address (if not protected): 40, 6301 west Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 796 0579
Email Address: Shermanlyons81@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr.
**Name of Plaintiff**

And

Leonard J. Mcdonald
**Name of Defendant**

Case No.: **CV 2024-007052**

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Leonard J. Mcdonald (Beneficia
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

JEFF FINE, CLERK

SIGNED AND SEALED this date    APR – 1 2024    _____
CLERK OF SUPERIOR COURT

By _____
   *Deputy Clerk*

T. Varela
**Deputy Clerk**



© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f 031820

24002 4234

**ORIGINAL**

2 ll

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6: 32

FILED
BY _____ DEP

Person Filing: Sherman Lyons Jr
Address (if not protected): 40 6301 west Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 796 0577
Email Address: Shermanlyons 81@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr
**Name of Plaintiff**

And

Empire West Title Agency, LLC
**Name of Defendant**

**Case No.:** CV 2024-007052

## SUMMONS

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** Empire West Title Agency, LLC
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date   APR - 1 2024

JEFF FINE, CLERK
_____
CLERK OF SUPERIOR COURT

By_____
T. Varela   Deputy Clerk
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820

*2400 42 54*

**ORIGINAL**

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6:32

FILED
BY _____
For Clerk's Use Only    DEP

Person Filing: Sherman Lyons Jr
Address (if not protected): c/o 6361 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 796 0577
Email Address: Sherman Lyons 81@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr
**Name of Plaintiff**

And Stan Morris
**Name of Defendant**

**Case No.:** CV 2024-007052

**SUMMONS**
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.**
**If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Stan Morris, DBA Peoples Mortgage/CEO
**Name of Defendant**

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR**

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR**

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR**

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

- 601 West Jackson, Phoenix, Arizona 85003
- 18380 North 40th Street, Phoenix, Arizona 85032
- 222 East Javelina Avenue, Mesa, Arizona 85210
- 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    APR - 1 2024    _____
                                                JEFF FINE, CLERK
                                                CLERK OF SUPERIOR COURT

By_____
              Deputy Clerk

T. Va___'n              T. Varela
Dep''       '           Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 031820

2400 4234

**ORIGINAL**  ²10

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6:32

FILED
BY _____ DEP

Person Filing: Sherman Lyons Jro
Address (if not protected): C/o 6301 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 756 0577
Email Address: Shermanlyons 81@gmail com
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr.
_____
Name of Plaintiff

And

Robert Anderson
_____
Name of Defendant

Case No.: **CV 2024-007052**

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

| WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help. |
| --- |

**FROM THE STATE OF ARIZONA TO:** Robert Anderson (Moria Development)
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    APR - 1 2024    _____ JEFF FINE, CLERK _____
                                               CLERK OF SUPERIOR COURT

By _____
                Deputy Clerk
        T. Varela
    Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6: 31

FILED
BY *Lloricja*    DEF

Sherman Lyons Jr
vs.
Tiffany And Bosco, PA; Empire West Title Ageny,
LLC; Robert Anderson; Julio Aldecocea c/o
Lakeview Loan; Stan Morris DBA Peoples
Mortgage; Leanard J. McDonald, Et Al.

| STATE OF ARIZONA | ) | CV2024-007052 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 24004234 |

I hereby certify that I received the within documents on the **25th** day of **April** A.D. **2024** at the hour of **9:57 AM,** and served the same on the **29th** day of **April** A.D. **2024** on **Stan Morris, DBA Peoples Mortgage** being said defendant(s) named in said documents, by delivering to **Robert Anderson, Attorney,** who is authorized to accept service, at **2055 East Centennial Circle Tempe, AZ 85284** at **2:00 PM** in the County of Maricopa, a copy of said **Summons, Amended Civil Complaint & Exhibits.**

**Dated this 29th day of April A.D. 2024.**

| Service | $16.00 |
|---|---|
| Mileage | $40.80 |
| Total | $56.80 |

RUSS SKINNER
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B5167

Person Filing: Sherman Lyons Jr.
Address (if not protected): 406301 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 796 0577
Email Address: ShermanLyons 81@gmail.com
Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED
APR - 1 2024
T. Varela, Deputy

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr.
**Name of Plaintiff**

Case Number: CV2024-007052

See Exhibit A
**Name of Defendant**

Title: **CIVIL COMPLAINT**

Amendment

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☐ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☒ Other reason: The Honorable Court has legal Authority to hear and decide this case

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 4                CVC10f 070118

## DISCOVERY TIER

2.    Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☒ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR  Actions claiming nonmonetary relief.

☐ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.    The Plaintiff in this case is Sherman Lyons Jr/The Lyons Family Trust c/o 6301 West Missouri Avenue, Glendale, Arizona (85301)

4.    The Defendant in this case is Julio Aldecocea c/o Lakeview Loan Servicing, LLC 4425 Ponce de leon Blud, Coral Gables, Florida 33146

## STATEMENT OF FACTS AND BREACH

5. Lack of Proof of Debt legitimacy, Defendant's have failed to provide Plaintiff with the original note (not copy) verifiable proof of Ownership.

6. No Verification of Receipt: Defendant's has not provided any proof that Plaintiff actually received the alleged loan from any of the Alleged Lenders.

7. (MERS) Involvement raises concern about owership and lawful/legal servicing without a default purchase/Transfer of alleged Loan.

8. Data Security Breach's: Plaintiff is concern about all potential data breach's of Defendant's system, could compromise personal Information.

9. Deception: Defendant's have threatened illegal action's, Such as foreclosure, without proper lawful/legal justification

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

10. _____( See Exhibit B )_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) Defendant's Violated 15 U.S.C § 1681s-2(a)(1) by furnishing inaccurate information about the alleged loan/debt to CRA's

( 2 ) Defendant's Violated 15 U.S.C § 1681-2(b) by failing to investigate Plaintiff's dispute regarding the alleged loan/debt.

( 3 ) Defendant's Violated 15 U.S.C § 1692 by engaging in harassing debt/loan alleged collection practices.

( 4 ) Defendant's Violated 15 U.S.C § 1692e by making false or misleading statements about the alleged loan/debt.

( 5 ) Plaintiff Knows the alleged loan/debt may violate TILA when converted into a security without proper disclosures.

( ) _____( See Exhibit C )_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 1 ) Loss of access to credit; Inaccurate loan/debt reporting leading to damages to credit worthiness and financial reputation.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
CVC10f 070118

( 2 ) Mental and Emotional distress, harassment and unfair Alleged Loan/ debt collection practices leading to stress, anxiety and emotional turmoil.

( 3 ) Financial Injuries, Include but not limited to Illegal/unlawful foreclosure resulting in potential loss of property and equity.

( 4 ) Legal and Regulatory injuries, failure to comply with the Truth in Lending Act (TILA) resulting in legal and financial uncertainty.

(  ) _____
_____ (See Exhibit D)

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) Grant judgment in favor of Plaintiff on all claims asserted herein, including court cost.

( 2 ) Award damages to Plaintiff including statutory damages, actual damages, punitive damages, and attorney's fee's.

( 3 ) Order Defendant's to correct inaccuracies on Plaintiff's credit reports and cease all unlawful/Illegal debt/loan Collection Activities.

( 4 ) Based on facts and circumstances of this case Grant such other and further relief as this Honorable court deems just and proper

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.) (See Exhibit E)

Dated this 04/1/2024 _____ .
(Date of signature)

_Sherman Lyons Jr._
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 4 of 4                    CVC10f 070118

# EXHIBIT A

(1) JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING LLC/PRESIDENT

(2) LEONARD J.MCDONALD/BENEFICIARY 2525 EAST CAMELBACK ROAD SUITE#700

(3) EMPIRE WEST TITLE AGENCY,LLC,AN ARIZONA LIMITED LIABILITY COMPANY

(4) ROBERT ANDERSON,GENERAL COUNSEL,MORIA DEVELOPMENT,INC

(5) STAN MORRIS,DBA PEOPLES MORTGAGE/CEO

(6) MORTGAGE ELECTRONIC REGISTRATION SYSTEM(MERS)

(7) TIFFANY AND BOSCO,P.A 2525 EAST CAMELBACK ROAD,SUITE#700

(8) SEAN O'NEAL/SVP GENERAL PARTNER/BAYVIEW MSR OPPORTUNITY MASTER FUND

# EXHIBIT B

(11)IMPROPER CREDIT REPORTING:The alleged creditor inaccurately reported debt Information on credit bureau reports without proper verification or validation procedures Of the alleged debt/loan.

(12) Truth in Lending Act Violation:The alleged borrower asserts their rights under the Truth in Lending Act(TILA)and claims that they are actually the creditor in this transaction,challenging The legitimacy of the alleged loan in question.

(13) Plaintiff is the rightful land patent and plat holder.

(14)  Loan converted into security issue:Facts suggest that the purported alleged loan was converted Into a security without proper disclosure or consent from the alleged borrower.

(15) Violation of the Truth in Lending Act by failing to disclose pertinent alleged loan information And treating Plaintiff as the borrower when Plaintiff is,in fact tha creditor.

(16)  When quoting U.C.C. statutes, the courts require them to be quoted with State or Federal statute designation. U.C.C. codes are United Nations statutes, but are codified in every local jurisdiction. SOLYOM v. THE MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION, 53 Md. App. 280 (1982) 452 A.2d 1283.

(17) In accordance with 31 U.S.C. §5103 and 18 USC §8, such Note instruments are "national bank currency" and thereby *'coin or currency of the United States'* by statutory definition and can be issued by Private Bankers who are banking members of the Private Bankers National Banking Association, PBNBA, and are *"THE EQUIVALENT" OF MONEY* as per 12 USC §1813 (L) and must be accepted by all banks and financial institutions as payoff, set off, discharge, and full settlement of all debts and loans.

# EXHIBIT C

(7)  Plaintiff asserts that Defendant's actions outline above constitute violations of the FCRA Specifically sections 623,626,and 627.

(8)    Defendant violates FDCPA U.S.C 1692 et seq

(9)    Defendant violates one of many (MERS) rulings one being supreme court ruling Edelstein v. Bank of NEW YORK MELLON.

(10)   Leading Fighter v.County of Gregory,230 n.w.2d114,116(1975)

(11)   [16Am jur 2d..Sec 255]

(12) The 14th Amendment Sec 1

(13) When quoting U.C.C. statutes, the courts require them to be quoted with State or Federal statute designation. <u>U.C.C. codes are United Nations statutes</u>, but are codified in every local jurisdiction. <u>SOLYOM v. THE MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION</u>, 53 Md. App. 280 (<u>1982</u>) 452 A.2d 1283.

(14) In accordance with <u>31 U.S.C. §5103</u> and <u>18 USC §8,</u> such Note instruments are "national bank currency" and thereby *'coin or currency of the United States'* by statutory definition and can be issued by Private Bankers who are banking members of the Private Bankers National Banking Association, PBNBA, and are <u>*"THE EQUIVALENT" OF MONEY*</u> as *per* <u>12 USC §1813 (L)</u> and must be accepted by all banks and financial institutions as payoff, set off, discharge, and full settlement of all debts and loans.

# EXHIBIT D

6. Financial Injuries:

Illegal foreclosure resulting in potential loss of property and equity.

Inaccurate debt reporting leading to damage to creditworthiness and financial reputation.

Failure to provide proof of debt or original note/mortgage causing uncertainty and potential financial liability.

7.Emotional and Mental Distress:

Harassment and unfair debt collection practices leading to stress, anxiety, and emotional turmoil

Security breach in the creditor's system causing fear and concern over potential identity theft or misuse of personal information.

8. Legal and Regulatory Injuries:

Violation of the Fair Credit Reporting Act (FCRA) leading to legal and regulatory repercussions.

Failure to comply with the Truth in Lending Act (TILA) resulting in legal and financial uncertainty 1 the plaintiff.

9. Loss of Rights and Remedies:

Denial of due process and legal rights in the foreclosure process.

Inability to access remedies and corrections for inaccurate credit reporting.

# EXHIBIT E

(5) Verification and validation of alleged debt/loan documentation.

(6) Declaration affirming borrowers status as creditor if proven under TILA.

(7) Cease and desist orders against further and unfair debt/loan collection practices.

(8 )Invalidation of any foreclosure action taken without proper legal basis.

(9) An injunction prohibiting Defendant from further attempts to collect on the alleged debt/loan
Until the dispute is resolved.

(10) an order requiring Defendant to furnish all CRAs with a statement that the debt is
Disputed and the outcome of the court case.

(11) An order declaring the attempted foreclosure on the mortgage property illegal.

(12) An order requiring Defendant to disclose the nature and extent of the alleged data breach.

Clerk of the Superior Court
By Giselle Agundez, Deputy
Date 05/20/2024 Time 15:45:06
Description                          Amount
--------- CASE# CV2024-007052 ----------
CIVIL SEPARATE ANS              245.00
----------------------------------------
TOTAL AMOUNT                    245.00
        Receipt# 29771521

Robert G. Anderson, #004813
General Counsel
2055 East Centennial Circle
Tempe, Arizona 85284
Telephone: (480) 306-5425
Email:randerson@peoplesmortgage.com

Attorney for Defendants Moria Development, Inc., Stanley A. Morris, and Robert G. Anderson

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SHERMAN LYONS Jr.,<br><br>     Plaintiff,<br><br>vs.<br><br>JULION ALDECOCEA, LAKEVIEW LOAN SERVICING, et al,<br><br><br>     Defendants. | **Case No.: CV2024-007052**<br><br>SEPARATE ANSWER OF DEFENDANTS MORIA DEVELOPMENT, Inc., STAN MORRIS AND ROBERT ANDERSON |

Defendants Moria Development, Inc., dba Peoples Mortgage Company, Stanley A. Morris, and Robert G. Anderson ("Answering Defendants"), through counsel, for their answer to the verified complaint, as amended, admit, deny and affirmatively allege as follows:

## JURISDICTION AND VENUE

1.     Answering Defendants admits the allegations contained in paragraph 1 of the complaint that the Court has jurisdiction over the claims set forth therein.

2.     Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 2 of the Complaint, so these allegations are denied.

## PARTIES

3.     Answering Defendants deny the allegations contained in paragraph 3 of the complaint, as the caption of the Complaint is different than this allegation.

4.     Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 4 of the Complaint, so these allegations are denied.

## STATEMENT OF FACTS AND BREACH

5.     Answering Defendants denies the allegations contained in paragraph 5 of the complaint, and affirmatively alleges that Answering Defendants, specifically Moria Development, Inc., does not own the loan and is not in possession of the loan documents. The loan documents, including the original promissory note, were previously transferred to Lakeview Loan Servicing LLC on October 1, 2020.   Further, to the best of our knowledge, the loan continues to be serviced by Lakeview Loan Servicing LLC.

6.     Answering Defendants deny the allegations contained in paragraph 6 of the complaint for lack of information.

7.     Answering Defendants deny the allegations contained in paragraph 7 of the complaint, and further alleges the allegations in paragraph 7 for lack of information.

8.     Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint, so these allegations are denied

9.     Answering Defendants deny the allegations contained in paragraph 9 of the complaint for lack of information.

10. Answering Defendants acknowledges that no allegations are set forth for paragraph 10 of the Statement of Facts and Breach section of the complaint.

11. Answering Defendants deny the allegations contained in paragraph 11 of the complaint for lack of information.

12. Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint, so these allegations are denied.

13. Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint, so these allegations are denied.

14. Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint, so these allegations are denied.

15. Answering Defendants are without sufficient information to admit or deny the allegations contained in Paragraph 15 of the Complaint, so these allegations are denied.

16. Answering Defendants deny the allegations contained in paragraph 16 of the complaint for lack of information. Answering Defendants affirmatively allege Paragraph 16 fails to state a claim on which relief can be granted.

17. Answering Defendants deny the allegations contained in paragraph 17 of the complaint for lack of information. Answering Defendants affirmatively allege Paragraph 16 fails to state a claim on which relief can be granted.

APPLICABLE LAW SUPPORTING CLAIMS

18. Answering Defendants deny the allegations contained in paragraph 1 of the Applicable Law Supporting Claims section of the complaint for lack of information.

19. Answering Defendants deny the allegations contained in paragraph 2 of the Applicable Law Supporting Claims section of the complaint for lack of information.

- 3 -

20.    Answering Defendants deny the allegations contained in paragraph 3 of the Applicable Law Supporting Claims section of the complaint for lack of information.

21.    Answering Defendants deny the allegations contained in paragraph 4 of the Applicable Law Supporting Claims section of the complaint.

22.    Answering Defendants deny the allegations contained in paragraph 5 of the Applicable Law Supporting Claims section of the complaint.

23.    Answering Defendants acknowledges that no allegations are set forth for paragraph 6 of the Applicable Law Supporting Claims section of the complaint.

24.    Answering Defendants deny the allegations contained in paragraph 7 of the Applicable Law Supporting Claims section of the complaint for lack of information.

25.    Answering Defendants deny the allegations contained in paragraph 8 of the Applicable Law Supporting Claims section of the complaint for lack of information.

26.    Answering Defendants deny the allegations contained in paragraph 9 of the Applicable Law Supporting Claims section of the complaint for lack of information.

27.    Answering Defendants deny the allegations contained in paragraph 10 of the Applicable Law Supporting Claims section of the complaint for lack of information.

28.    Answering Defendants deny the allegations contained in paragraph 11 of the Applicable Law Supporting Claims section of the complaint for lack of information.

29.    Answering Defendants deny the allegations contained in paragraph 12 of the Applicable Law Supporting Claims section of the complaint for lack of information.

30.    Answering Defendants deny the allegations contained in paragraph 13 of the Applicable Law Supporting Claims section of the complaint for lack of information.

31.    Answering Defendants deny the allegations contained in paragraph 14 of the Applicable Law Supporting Claims section of the complaint for lack of information.

## INJURIES

32.   Answering Defendants incorporate by reference all prior admissions, denials and affirmative allegations set forth above.

33.   Answering Defendants deny the allegations contained in paragraph 1 of the Injuries section of the complaint for lack of information.

34.   Answering Defendants deny the allegations contained in paragraph 2 of the Injuries section of the complaint for lack of information.

35.   Answering Defendants deny the allegations contained in paragraph 3 of the Injuries section of the complaint, for lack of information.

36.   Answering Defendants deny the allegations contained in paragraph 4 of the Injuries section of the complaint for lack of information.

37.   Answering Defendants acknowledges that no allegations are set forth for paragraph 5 of the Injuries section of the complaint.

38.   Answering Defendants deny the allegations contained in paragraph 6 of the Injuries section of the complaint for lack of information.

39.   Answering Defendants deny the allegations contained in paragraph 7 of the Injuries section of the complaint for lack of information.

40.   Answering Defendants deny the allegations contained in paragraph 8 of the Injuries section of the complaint for lack of information.

41.   Answering Defendants deny the allegations contained in paragraph 9 of the Injuries section of the complaint for lack of information.

42.   Answering Defendants deny each and every allegation of the Complaint that is not expressly admitted herein.

## AFFIRMATIVE DEFENSES

42.   Answering Defendants affirmatively allege that the Complaint fails to state a claim against the Answering Defendants for which relief may be granted.

- 5 -

43.     As an affirmative defense, Answering Defendants state that the applicable statute of limitations has expired with respect to all or some of the claims alleged in the Plaintiff's Complaint.

44.     As an affirmative defense, Answering Defendants state that Plaintiff has suffered no actual damages.

45.     As an affirmative defense, Answering Defendants state that Plaintiff has failed to mitigate its alleged damages.

46.     In order that such defenses are not waived, Answering Defendants allege the following affirmative defenses: estoppel, waiver, and any other defenses enumerated in Rules 8(c), 9, or 12, Arizona Rules of Civil Procedure, that may be disclosed or discovered in the course of this litigation.

47.     Answering Defendants is entitled to recover its costs and attorney's fees incurred in defending this cause under applicable rule of law.

WHEREFORE, having fully answered the Complaint, Answering Defendants request:

    a.  the Complaint be dismissed with prejudice as to Answering Defendants;

    b.  Plaintiff take nothing thereby; and

    c.  Answering Defendants be awarded its taxable costs and reasonable attorneys' fees.

RESPECTFULLY SUBMITTED this 20th day of May, 204.

**MORIA DEVELOPMENT, Inc.**

By: Robert G. Anderson
Attorneys for Answering Defendants

- 6 -

The original of the foregoing was filed this 20TH day of May 2024 to:

Clerk of Superior Court for
Maricopa County Superior Court
Northeast Regional Court Center
18380 North 40th Street
Phoenix, AZ  85032

A copy of the foregoing mailed this 14th day of March 2024 to:

Maricopa County Superior Court
Northeast Regional Court Center
18380 North 40th Street
Phoenix, AZ  85032

Sherman Lyons Jr.
406301 West Missouri Avenue
Glendale, AZ  85301

- 7 -

## VERIFICATION

I, Stanley A. Morris, individually and as President of Moria Development, Inc., an Arizona corporation, dba Peoples Mortgage Company, declare under the penalty of perjury:

1.      That I am a resident of Arizona;

2.      That I am competent and authorized to make this Verification;

3.      That I have read the foregoing Answer for Defendants Moria Development, Inc., dba Peoples Mortgage Company, Stanley A. Morris, and Robert G. Anderson and know the contents thereof; and

4.      That the allegations contained therein are true of my own personal knowledge, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

DATED this 14 day of May, 2024.



Stanley A. Morris

200073945.2 40127/155254

- 8 -

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6: 32
FILED
BY L *Woolufc* DEP

Sherman Lyons Jr
vs.
Tiffany And Bosco, PA; Empire West Title Ageny,
LLC; Robert Anderson; Julio Aldecocea c/o
Lakeview Loan; Stan Morris DBA Peoples
Mortgage; Leanard J. McDonald, Et Al.

| STATE OF ARIZONA | ) | CV2024-007052 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 24004234 |

I hereby certify that I received the within documents on the **25th** day of **April** A.D. **2024** at the hour of **9:57 AM,** and served the same on the **29th** day of **April** A.D. **2024** on **Robert Anderson** being said defendant(s) named in said documents, by delivering **to Robert Anderson** in person, at **C/O Peoples Mortgage Company 2055 E Centennial Circle Tempe, AZ 85284** at **2:00 PM** in the county of Maricopa, a copy of said **Summons, Amended Civil Complaint & Exhibits.**

**Dated this 29th day of April A.D. 2024.**

| Service | $16.00 |
|---|---|
| Total | $16.00 |

RUSS SKINNER
Maricopa County Sheriff

By _____
Deputy David Sheets #S0827

B5167

Person Filing: Sherman Lyons Jr.
Address (if not protected): c/o 6301 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602-796-0577
Email Address: ShermanLyons81@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

CLERK OF THE SUPERIOR COURT
FILED
APR 01 2024    10:15 am
D. Armijo    , Deputy

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr / Lyons Family Trust
Name of Plaintiff

Julio Aldecocea c/o Lakeview Loan
Name of Defendant

Case Number:  CV 2024-007052

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, Sherman Lyons Jr , demands a trial by jury in this case. If this
(Name of Plaintiff)

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this 03/31/2024
(Date of signature)

Sherman Lyons Jr.
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED          Page 1 of 1          CVC11f 050718

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
5/23/2024 9:49:28 AM
Filing ID 17869488

Leonard J. McDonald (SBN 014228)
Michael F. Bosco (SBN 033957)

**TB  TIFFANY & BOSCO**
P.A.

7720 N. 16th Street, Suite 300
Phoenix, AZ 85020
TELEPHONE: (602) 255-6000
FACSIMILE:   (602) 255-0103
EMAIL: LJM@tblaw.com; MFB@tblaw.com
*Defendant*
24-04195

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Sherman Lyons Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Lakeview Loan Servicing LLC, *et al.*,<br><br>Defendants. | Case No. CV2024-007052<br><br>**GOOD FAITH CONSULTATION CERTIFICATE** |

Pursuant to Rule 12(j) and 7.1(h) counsel for Defendants Tiffany & Bosco, P.A. (the "Firm"), specially appearing, and Leonard J. McDonald (individually, "Trustee" and collectively, the "Bosco Defendants") hereby submits this Good Faith Consultation Certificate in support of its Motion to Dismiss.

1.      On May 10, 2024, two days after being served with the Complaint, I sent an email to Plaintiff regarding the Complaint filed against the Bosco Defendants.

2.      In that May 10, 2024 email, I informed Plaintiff that the underlying trustee's sale had been cancelled, that the Complaint was moot, and requested that the Complaint be voluntarily dismissed.

3.      Plaintiff did not respond.

4.      On May 20, 2024, I sent a follow up email to Plaintiff again inquiring about whether or not the Complaint would be voluntarily dismissed.

-1-

5.    Plaintiff did not respond.

6.    On May 23 ,2024, we filed the Motion to Dismiss.

DATED this 23rd day of May, 2024

**TB** **TIFFAN Y & BOSCO**
P. A.

By: */s/ Leonard J. McDonald*
    Leonard J. McDonald
    Michael F. Bosco
    Seventh Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016-4237
    ***Attorneys for the Bosco Defendants***

-2-

*2400 42 54*

**ORIGINAL**   2/10

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6: 32

FILED
BY _____ DEP
For Clerk's Use Only

Person Filing: Sherman Lyons Jr
Address (if not protected): c/o 6361 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona (85301)
Telephone: 602 796 0577
Email Address: Sherman Lyons 81@gmail.com
Lawyer's Bar Number: _____

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr
**Name of Plaintiff**

And Stan Morris
**Name of Defendant**

Case No.: **CV 2024-007052**

**SUMMONS**
If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Stan Morris, DBA Peoples Mortgage/CEO
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    APR – 1 2024    _____
                                               JEFF FINE, CLERK
                                               CLERK OF SUPERIOR COURT

By _____
              Deputy Clerk

T. Varela                T. Varela
Deputy Clerk             Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                      Page 2 of 2                      CV11f 031820

**MARICOPA COUNTY SHERIFF'S OFFICE**
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

**24 MAY -8 PM 6: 32**

**FILED**
BY L Coding    DEP

Sherman Lyons Jr
vs.
Tiffany And Bosco, PA; Empire West Title Ageny,
LLC; Robert Anderson; Julio Aldecocea c/o
Lakeview Loan; Stan Morris DBA Peoples
Mortgage; Leanard J. McDonald, Et Al.

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2024-007052 |
| | ) ss. | |
| County of Maricopa | ) | 24004234 |

I hereby certify that I received the within documents on the **25th** day of **April** A.D. **2024** at the hour of **9:57 AM,** and served the same on the **3rd** day of **May** A.D. **2024** on **Empire West Title Agency, LLC** being said defendant(s) named in said documents, by delivering to **Debbie Hamilton, operation manager,** who is authorized to accept service, at **3131 East Camelback Road Suite 210 Phoenix, AZ 85016** at **10:13 AM** in the County of Maricopa, a copy of said **Summons, Amended Civil Complaint & Exhibits.**

**Dated this 3rd day of May A.D. 2024.**

| | |
|---|---|
| Service | $16.00 |
| Mileage | $19.20 |
| Mileage | $19.20 |
| Total | $54.40 |

RUSS SKINNER
Maricopa County Sheriff

*T. JOHNSON*

By _____
Deputy T. Johnson #S1374

B5167

Person Filing: Sherman Lyons Jr

Address (if not protected): 4o 6301 West Missouri Ave

City, State, ZIP code: Glendale, Arizona (85301)

Telephone: 602 796 0577

Email Address: ShermanLyons 81@gmail.com

Lawyer's Bar Number: ___

Representing  ☑ Self, without a Lawyer or   ☐ Attorney for ☐ Petitioner  OR  ☐ Respondent

CLERK OF THE
SUPERIOR COURT
FILED
C. CRUZ, DEP

2024 APR 25  AM 9: 46

FOR CLERK USE ONLY

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Sherman Lyons

_X Sherman Lyon Jr._
Name of Petitioner/Party A

Julio Aldecocea
C/o Lakeview Loan Servicing, LLC
Name of Respondent/Party B

Case Number: CV2024-007052

Atlas Number: _____

Title: PAPER WORK IN CASE _____

Sherman Lyons

N&CV2024-007052

LOAN #: 134030
MIN: 1001886-0000105817-0

## NOTE

FHA Case No.
023-8567737-703-203B

July 30, 2020
[Date]

Tempe,
[City]

Arizona
[State]

6301 W Missouri Ave, Glendale, AZ 85301
[Property Address]

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $250,381.00    (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **Moria Development Inc., DBA Peoples Mortgage, an Arizona Corporation.**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **3.750 %.**

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 3. PAYMENTS

**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st**        day of each month beginning on **September 1, 2020.** I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest and any other items in the order described in the Security Instrument before Principal. If, on **August 1, 2050,**        I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at  **2055 E Centennial Circle**
**Tempe, AZ 85284**
or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. **$1,159.55.**

### 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

### 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 4.000 % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3200 1/01
Modified for FHA 9/15 (rev. 2/16)
Ellie Mae, Inc.

Page 1 of 2



FHA3200NOT  0216
FHA3200NOT (CLS)
07/29/2020 01:26 PM PST

LOAN #: 134030

all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
SHERMAN LYONS

Lender: Moria Development Inc., DBA Peoples Mortgage
NMLS ID: 6274
Loan Originator: Brant Daniel Serchen
NMLS ID: 1556629

[Sign Original Only]

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3200 1/01
Modified for FHA 9/15 (rev. 2/16)
Ellie Mae, Inc.

FHA3200NOT  0215
FHA3200NOT (CLS)
07/29/2020 01:26 PM PST



**Adrian Fontes**
Secretary of State
State of Arizona

# Certificate Of Financing Statements

As of February 29, 2024, the attached pages are listings of presently effective, terminated, or lapsed within the past year financing statements, statements of assignment, or tax liens on file with the Secretary of State's Office.

Search Criteria: DEBTOR Individual = SHERMAN  LYONS , JR
<<NO RESULTS FOUND>>

Date: 3/7/2024

Requested By:

The foregoing document is a complete, true, and correct copy of the document filed with the Arizona Secretary of State

By:_____

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20200689269  07/30/2020  04:08
ELECTRONIC RECORDING

382950-9-4-3--
amine

When recorded, return to:
Moria Development Inc., DBA Peoples Mortgage
Attn: Trailing Docs
2055 E Centennial Circle
Tempe, AZ 85284
1-877-752-3530

Title Order No.: 129070EW
Escrow No.: 129070EW _)5 2
LOAN #: 134030

―――――――――――――――――――― [Space Above This Line For Recording Data] ――――――――――――――――――――

## DEED OF TRUST

**RESIDENTIAL 1-4**

| FHA Case No. |
|---|
| 023-8567737-703-203B |

MIN: 1001886-0000105817-0
MERS PHONE #: 1-888-679-6377

**DEFINITIONS**
Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 10, 12, 17, 19 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 15.
(A) "Security Instrument" means this document, which is dated  July 30, 2020,           together with all Riders to this document.
(B) "Borrower" is   SHERMAN LYONS, AN UNMARRIED MAN.

Borrower is the trustor under this Security Instrument. Borrower's mailing address is     6301 W Missouri Ave, Glendale, AZ 85301.

(C) "Lender" is   Moria Development Inc., DBA Peoples Mortgage.

Lender is  an Arizona Corporation,                                        organized and existing under the laws of  Arizona.
Lender's mailing address is  2055 E Centennial Circle, Tempe, AZ 85284.

(D) "Trustee" is   EMPIRE WEST TITLE AGENCY, LLC, AN ARIZONA LIMITED LIABILITY COMPANY.

Trustee's mailing address is     4808 NORTH 22ND STREET, STE #100, Phoenix, AZ 85016.

ARIZONA – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3003 1/01 (rev. 5/02)
Modified for FHA 9/2014 (HUD Handbook 4000.1)
Ellie Mae, Inc.                                    Page 1 of 9                        AZEFHA15DE  0918
                                                                                      AZEDEED (CLS)
                                                                                      07/29/2020 01:26 PM PST





**MORTGAGE COMPANY**

++-

March 20, 2024

Sherman Lyons, Jr.
6301 W. Missouri Ave.
Glendale, Arizona 85301

**Re:**   Loan #134030

Dear Mr. Lyons:

I am General Counsel for Moria Development, Inc. dba Peoples Mortgage Company ("PMC"), and in that capacity I am responding to your letter of March 9, 2024.

Please be advised that PMC is no longer the owner of the above referenced loan or holder of the corresponding loan documents. This loan was transferred to Lakeview Loan Servicing, LLC ("Lakeview") effective on October 1, 2020 through the Electronic Registration Systems ("MERS"). Lakeview can be contacted at Lakeview Loan Servicing, LLC, c/o Loan Care, P.O. Box 60509 City of Industry, CA 91716-0509,. We are a MERS member. When PMC originated the loan, a MIN (Mortgage Identification Number) was assigned and is referenced on the recorded security instrument. Lakeview, who purchased the loan from PMC, is also a MERS member. When PMC transferred through MERS to Lakeview, it became the owner of the loan. Lakeview is also the servicer of this loan.

PMC is no longer a party to the loan and has no records for the loan. Under these circumstances, I respectfully suggest you contact Lakeview.

Thank you for your cooperation in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Robert Anderson, General Counsel
Peoples Mortgage Company
2055 E Centennial Cir, Tempe, AZ 85284
Direct: 480.306.5425
randerson@peoplesmortgage.com

**CONFIDENTIAL INFORMATION. PLEASE READ BELOW FOR ELIGIBILITY**

Attention: Sherman Lyons

Your home loan secured by 6301 W Missouri Ave has entered foreclosure on 3/13/2024 in the county Maricopa. A Notice of Sale has been recorded which means your home may go to auction on 6/13/20 or any time after as determined by the foreclosing lender. Based on available public information it h been determined you may still apply for assistance. As of 3/13/2024 your loan is still eligible to app for the Home-Flex modification program.

Additionally, if you are currently experiencing an economic hardship due to the declaration of the pub health emergency, you may also be placed into an immediate for bearance agreement, or a permane payment reduction, even if your previous agreement has expired. For details regarding your eligibil you may speak with a housing counselor by calling 1-800-390-3498.



### Customer Service
*If you have any questions about this document, what you are being offered, please call the custo service dept. at the number below. Please have y file number ready.*

**File Number: S240321-1193**

## 1-800-390-3498

### THIS IS NOT A BILL.
*To determine eligibility, please read below and call the telephone number listed on this document.*

### Department Hours (Eastern Time)
| | |
|---|---|
| Monday: | 10:00 AM to 5:00 PM |
| Tuesday: | 10:00 AM to 5:00 PM |
| Wednesday: | 10:00 AM to 5:00 PM |
| Thursday: | 10:00 AM to 5:00 PM |
| Friday: | 10:00 AM to 5:00 PM |



**Call 1-800-390-3498**
Monday-Friday 10:00 AM - 5:00 PM EST
Offer expires: 4/19/2024

## FINAL NOTICE



**Scan QR code to apply with your phone!**

To The Order Of:
Sherman Lyons       3 1057
6301 W Missouri Ave
Glendale, AZ 85301-5632

| | |
|---|---|
| **Auction Date:** | 6/13/2024 |
| **Auction Time:** | 9:00 AM |
| **Auction Site:** | Maricopa |
| **Substitution of Trustee:** | Not Published |
| **Foreclosing Lender:** | Moria Developmen |

March 8, 2024

Tiffany & Bosco, P.A.
Financial Services Department
7720 N. 16th Street, Suite 300
Phoenix, AZ 85020
(602) 255-6035

Sherman Lyons
6301 W Missouri Ave
Glendale AZ 85301
Reference: TB File No. 24-01861-LC-AZ

This notice is being provided pursuant to 12 CFR 1006.34. Tiffany & Bosco, P.A. has been retained to conduct a non-judicial foreclosure sale pursuant to the Deed of Trust in favor of Lakeview Loan Servicing, LLC. If a determination is made that this firm is a debt collector, then you are notified that this communication is from a debt collector, and that we will use any information you give us to help collect the debt. However, if your personal liability for the below referenced loan has been modified or extinguished by a discharge in bankruptcy, this is not an attempt to collect, recover, or offset the loan against you personally.

**Our information shows:**

You have loan in favor of Lakeview Loan Servicing, LLC
with account number0052983160. The loan servicer is: LoanCare, LLC

See the enclosed periodic statement for additional
information regarding the account.

**The amount of the debt now:**              **$241,335.42**

**How can you dispute the debt?**

- **Call or write us by April 16, 2024, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by April 16, 2024,** we will not conduct the non-judicial foreclosure sale until the information is sent to you that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by **April 16, 2024,** we will not conduct the non-judicial foreclosure sale until the information is sent to you. You may use the form below or write to us without the form.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

REPRESENTATION OF PRINTED DOCUMENT

**Lakeview**
LOAN SERVICING LLC
*subservicing by LoanCare*

P.O. Box 8068
Virginia Beach, VA 23450-8068

3637 Sentara Way | Virginia Beach, VA 23452

3-754-76595-0000222-001-000-000-000-000

SHERMAN LYONS
6301 W MISSOURI AVE
GLENDALE AZ 85301-5632

August 14, 2020

## Your Servicing Transfer

Dear Customer(s):

Welcome to Lakeview Loan Servicing, LLC. Your mortgage loan recently serviced by Moria Development, Inc. has been purchased by Lakeview Loan Servicing, LLC effective 10-01-20. Lakeview Loan Servicing, LLC is transferring the servicing of your loan to LoanCare effective 10-01-20. Lakeview Loan Servicing, LLC partners with LoanCare to perform the servicing functions for your loan on our behalf. Servicing functions include such things as issuing billing statements, collecting payments, paying your property taxes and homeowners insurance, and preparing year-end statements.

Regardless of whether a different address might have been used in your mortgage note or otherwise given to you during closing, all payments effective 10-01-20 should be made payable to Lakeview Loan Servicing, LLC and mailed to the following address:

Lakeview Loan Servicing, LLC
c/o LoanCare
P. O. Box 60509 City of Industry, CA 91716-0509

You can access information concerning your mortgage loan 24 hours a day, 7 days a week by logging onto our website at www.lakeviewloanservicing.myloancare.com or through our automated phone system at (800)509-0183. Customer Service representatives are available to assist you Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time.

**INFO**

**CUSTOMER NAME(S):**
Sherman Lyons

**PROPERTY ADDRESS:**
6301 W Missouri Ave
Glendale AZ 85301

**YOUR NEW LOAN NUMBER:**
0052983160

**CONTACT US**

**CUSTOMER SERVICE:**
(800)509-0183

**COLLECTIONS:**
(800)509-0183

**HOURS:**
Monday - Friday
8:00 A.M. – 10:00 P.M. ET

Saturday
8:00 A.M. – 3:00 P.M. ET

# LOANCARE®

October 11, 2023

Sherman Lyons
6301 W. Missouri Ave
Glendale, AZ 85301

Re: Loan Number XXXXXX3160

Dear Sherman Lyons:

Thank you for contacting us about your concerns. We are committed to providing exceptional service and seek to resolve your concerns to your satisfaction. The purpose of this letter is to provide you with an explanation of the issues raised in your correspondence.

LoanCare is committed to delivering exceptional service to every customer. We want to properly address all concerns in an expedient manner; however, please note that your request for information does not clearly identify the alleged servicing error that occurred while the loan has been under our care. Additionally, because LoanCare is the sub-servicer of the mortgage, we are limited to answering questions related specifically to the servicing of same. As we did not originate the mortgage loan, we are not able to respond to your concerns regarding origination or provide copies of certain documents associated with origination of the mortgage loan.

Please note, in providing this response we are not limiting or waving any rights or remedies we may now or hereafter have, whether arising under the relevant loan documents, at law or in equity, all of which rights and remedies are expressly reserved. Any perceived silence on our part does not indicate agreement with any statements or allegations provided in your correspondence. Any information not provided is proprietary, confidential, the request does not pertain to the servicing of this specific account or is overbroad.

This is not an admission the correspondence received complies with the requirements of the Real Estate Settlement Procedures Act, 12 U.S.C. 2601, et seq. (RESPA) or that your correspondence constitutes as a Lender Notice and Demand for Full Disclosure of the terms and execution of the loan. However, we have provided copies of the requested documents for the time period in which we have sub-serviced the

3637 Sentara Way, Virginia Beach, VA 23452 | NMLS #2916 | loancare.com
Copyright © 2022 LoanCare. All rights reserved. Do not distribute.

# LOANCARE

account only. LoanCare cannot address concerns or provide copies of certain documents relating to prior servicers. The following items are enclosed:

- Note
- Promissory Note
- Deed of Trust
- Partial Claim Deed of Trust
- Closing Disclosure
- Your Servicing Transfer notice
- Account History
- Release Correspondence
- Deed of Release and Full Reconveyance

The account originated with Moria Development Inc. on July 30, 2020 and LoanCare began sub-servicing this account on behalf of Lakeview Loan Servicing, LLC effective October 1, 2020. The owner of the Note is Lakeview Loan Servicing LLC. The address of the owner of the note is 4425 Ponce De Leon Blvd. MS-5-251, Coral Gables, FL 33146.

According to the enclosed Account History, on July 5, 2023, funds of $4,214.19 were disbursed from the escrow account to pay the hazard insurance premium due for the property. The hazard insurance is through State Auto Insurance, policy number 1000888825, effective July 23, 2023 to July 23, 2024. The enclosed correspondence issued to you on October 2, 2023, advised the terms of the down payment assistance mortgage loan have been fully satisfied and the Deed of Release and Full Reconveyance has been recorded in the official land and records office where your property is located. The remaining principal balance of the first lien is $236,035.63.

If you have further questions regarding this matter or would like to request additional documentation used in our research, please contact me in the Office of the Customer at (800) 919-5631 extension 2890, Monday through Friday, 9:30 a.m. to 6:00 p.m. Eastern Time.

Sincerely,

*Wendy Dunkelberger*

Wendy Dunkelberger
Office of the Customer

Enclosures

Copyright © 2022 LoanCare. All rights reserved. Do not distribute.

 **LOANCARE**

SHERMAN  LYONS
6301 W MISSOURI AVE
GLENDALE, AZ 85301

10/02/2023

Reference To:
**Loan Number: 0052983160P**
Property Address: 6301 W MISSOURI AVE
                    GLENDALE, AZ 85301

Dear SHERMAN  LYONS

The terms of your mortgage loan have been fully satisfied, and the enclosed document has been recorded in the official land records office where your property is located. You do not need to take any further action regarding this matter, but please retain this important document for your records.

It has been a pleasure to service your mortgage loan.

If you have any questions about this matter, please contact our Customer Service Department at 1-800-274-6600 Monday through Friday from 8:00 A.M. to 10:00 P.M., and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time.

Sincerely,
Customer Service Department
NMLS ID 2916

3637 Sentara Way, Virginia Beach, VA 23452 1-800-274-6600


439069218

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
## FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names  [X] None

Entity Type

0001831661

Name of Issuer

Lakeview Loan Servicing, LLC

[ ] Corporation

[ ] Limited Partnership

[X] Limited Liability Company

Jurisdiction of Incorporation/Organization

DELAWARE

[ ] General Partnership

[ ] Business Trust

Year of Incorporation/Organization

[X] Over Five Years Ago

[ ] Other (Specify)

[ ] Within Last Five Years (Specify Year)

[ ] Yet to Be Formed

---

### 2. Principal Place of Business and Contact Information

Name of Issuer

Lakeview Loan Servicing, LLC

| Street Address 1 | | Street Address 2 | | |
|---|---|---|---|---|
| 4425 Ponce de Leon Blvd. | | 5th Floor | | |
| City | State/Province/Country | ZIP/PostalCode | | Phone Number of Issuer |
| Coral Gables | FLORIDA | 33146 | | 305-854-8880 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names  [X] None

Entity Type

0001876141

Name of Issuer

Bayview MSR Opportunity Master Fund, L.P.

Jurisdiction of Incorporation/Organization

CAYMAN ISLANDS

Year of Incorporation/Organization

[X] Over Five Years Ago

[ ] Within Last Five Years (Specify Year)

[ ] Yet to Be Formed

[ ] Corporation

[ ] Limited Partnership

[ ] Limited Liability Company

[ ] General Partnership

[ ] Business Trust

[X] Other (Specify)

Cayman Islands exempted limited partnership

## 2. Principal Place of Business and Contact Information

Name of Issuer

Bayview MSR Opportunity Master Fund, L.P.

| Street Address 1 | | Street Address 2 | |
|---|---|---|---|
| 4425 Ponce de Leon Blvd. | | 5th Floor | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| Coral Gables | FLORIDA | 33146 | 305-854-8880 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Aldecocea | Julio | |
| Street Address 1 | Street Address 2 | |
| 4425 Ponce de Leon Blvd. | 5th Floor | |
| City | State/Province/Country | ZIP/PostalCode |
| Coral Gables | FLORIDA | 33146 |

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

President of Lakeview Loan Servicing, LLC

| Last Name | First Name | Middle Name |
|---|---|---|
| Portugal | Carlos | |
| Street Address 1 | Street Address 2 | |
| 4425 Ponce de Leon Blvd. | 5th Floor | |
| City | State/Province/Country | ZIP/PostalCode |
| Coral Gables | FLORIDA | 33146 |

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

Senior Vice President, Lakeview Loan Servicing, LLC

| Last Name | First Name | Middle Name |
|---|---|---|
| Perna | Peter | |
| Street Address 1 | Street Address 2 | |
| 4425 Ponce de Leon Blvd. | 5th Floor | |
| City | State/Province/Country | ZIP/PostalCode |

Coral Gables                          FLORIDA                          33146

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

Senior Vice President, Lakeview Loan Servicing, LLC

---

**Last Name**                        **First Name**                   **Middle Name**

Bendalin                             Ron

**Street Address 1**                 **Street Address 2**

4425 Ponce de Leon Blvd.             5th Floor

**City**                             **State/Province/Country**        **ZIP/PostalCode**

Coral Gables                         FLORIDA                          33146

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

Senior Vice President, Lakeview Loan Servicing, LLC

---

**Last Name**                        **First Name**                   **Middle Name**

Bomstein                             Brian

**Street Address 1**                 **Street Address 2**

4425 Ponce de Leon Blvd.             5th Floor

**City**                             **State/Province/Country**        **ZIP/PostalCode**

Coral Gables                         FLORIDA                          33146

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

Senior Vice President, Lakeview Loan Servicing, LLC

---

**Last Name**                        **First Name**                   **Middle Name**

Evenson                              Brett

**Street Address 1**                 **Street Address 2**

4425 Ponce de Leon Blvd.             5th Floor

**City**                             **State/Province/Country**        **ZIP/PostalCode**

Coral Gables                         FLORIDA                          33146

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

Senior Vice President, Lakeview Loan Servicing, LLC

---

**Last Name**                        **First Name**                   **Middle Name**

O'Neil                               Sean

**Street Address 1**                 **Street Address 2**

4425 Ponce de Leon Blvd.             5th Floor

**City**                             **State/Province/Country**        **ZIP/PostalCode**

Coral Gables                         FLORIDA                          33146

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

SVP, Lakeview Loan Servicing, LLC / SVP of GP of Bayview MSR Opportunity Master Fund, L.P.

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

[ ] Commercial Banking

[ ] Insurance

[ ] Investing

[ ] Investment Banking

[ ] Pooled Investment Fund

Is the issuer registered as an investment company under the Investment Company Act of 1940?

[ ] Yes          [ ] No

[ ] Other Banking & Financial Services

[ ] Business Services

Energy

[ ] Coal Mining

[ ] Electric Utilities

[ ] Energy Conservation

[ ] Environmental Services

[ ] Oil & Gas

[ ] Other Energy

Health Care

[ ] Biotechnology

[ ] Health Insurance

[ ] Hospitals & Physicians

[ ] Pharmaceuticals

[ ] Other Health Care

[ ] Manufacturing

Real Estate

[ ] Commercial

[ ] Construction

[ ] REITS & Finance

[ ] Residential

[X] Other Real Estate

[ ] Retailing

[ ] Restaurants

Technology

[ ] Computers

[ ] Telecommunications

[ ] Other Technology

Travel

[ ] Airlines & Airports

[ ] Lodging & Conventions

[ ] Tourism & Travel Services

[ ] Other Travel

[ ] Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| [ ] No Revenues | | [ ] No Aggregate Net Asset Value |
| [ ] $1 - $1,000,000 | | [ ] $1 - $5,000,000 |
| [ ] $1,000,001 - $5,000,000 | | [ ] $5,000,001 - $25,000,000 |
| [ ] $5,000,001 - $25,000,000 | | [ ] $25,000,001 - $50,000,000 |
| [ ] $25,000,001 - $100,000,000 | | [ ] $50,000,001 - $100,000,000 |
| [ ] Over $100,000,000 | | [ ] Over $100,000,000 |
| [X] Decline to Disclose | | [ ] Decline to Disclose |
| [ ] Not Applicable | | [ ] Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

[ ] Rule 504(b)(1) (not (i), (ii) or (iii))

[ ] Rule 504 (b)(1)(i)

[ ] Investment Company Act Section 3(c)

[ ] Section 3(c)(1)          [ ] Section 3(c)(9)

[ ] Rule 504 (b)(1)(ii)

[ ] Rule 504 (b)(1)(iii)

[X] Rule 506(b)

[ ] Rule 506(c)

[ ] Securities Act Section 4(a)(5)

[ ] Section 3(c)(2)

[ ] Section 3(c)(3)

[ ] Section 3(c)(4)

[ ] Section 3(c)(5)

[ ] Section 3(c)(6)

[ ] Section 3(c)(7)

[ ] Section 3(c)(10)

[ ] Section 3(c)(11)

[ ] Section 3(c)(12)

[ ] Section 3(c)(13)

[ ] Section 3(c)(14)

## 7. Type of Filing

[X] New Notice   Date of First Sale 2021-07-13   [ ] First Sale Yet to Occur

[ ] Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year? [ ] Yes [X] No

## 9. Type(s) of Securities Offered (select all that apply)

[ ] Equity

[X] Debt

[ ] Option, Warrant or Other Right to Acquire Another Security

[ ] Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

[ ] Pooled Investment Fund Interests

[ ] Tenant-in-Common Securities

[ ] Mineral Property Securities

[X] Other (describe)

Guaranteed Senior Notes

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   [ ] Yes [X] No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $1 USD

## 12. Sales Compensation

Recipient

(Associated) Broker or Dealer [X] None

Street Address 1

City

Recipient CRD Number [X] None

(Associated) Broker or Dealer CRD Number                              [X] None

Street Address 2

State/Province/Country

ZIP/Postal Code

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States

All States   [ ] Foreign/non-US

## 13. Offering and Sales Amounts

Total Offering Amount $496,000,000 USD or ☐ Indefinite

Total Amount Sold $496,000,000 USD

Total Remaining to be Sold $0 USD or ☐ Indefinite

Clarification of Response (if Necessary):

Includes guaranty issued by Bayview MSR Opportunity Master Fund, L.P.

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

| 38 |

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| Lakeview Loan Servicing, LLC | /s/ Julio Aldecocea | Julio Aldecocea | President of Lakeview Loan Servicing, LLC | 2021-07-30 |
| Bayview MSR Opportunity Master Fund, L.P. | /s/ Sean O'Neil | Sean O'Neil | SVP of General Partner | 2021-07-30 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

Sherman Lyons Jr.

CLERK OF THE SUPERIOR COURT
FILED
APR 2 3 2024    1:47pm
D. Araujo, Deputy

No. CV2024-007052

**THE STATE OF ARIZONA,**
**Sherman Lyons Jr**

**SUPERIOR COURT**
**MARICOPA COUNTY**

**v.**
**JULIO ALDECOCEA,**
**%LAKEVIEW LOAN SERVICING**

## MOTION TO COMPEL DISCOVERY

I, Sherman Lyons Jr, the petitioner hereby move for an order compelling the JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC to produce the following outstanding discovery regarding the case stated above.

It has come to the Borrower's attention, after checking the[UCC 11 SEARCH] records for the Loan, that there appears to be a material omission in the Loan agreement concerning the deposit and disposition of the Borrower's promissory note during the execution of the Loan.

Pursuant to Federal and State laws and regulations[9-102[A][65] , the Borrower is hereby giving the Lender Notice and Demand for Full Disclosure of the terms and the execution of the Loan[15 U.S. CODE 44]. Please mail to the Borrower, certified and verified copies, or schedule an opportunity for the Borrower or his CPA to make a physical inspection of the following documents;

1. the original promissory note, front and back, associated with the Loan.[#134030][0052983160]

[ 7CFR 1951.15]

2. any allonge, front and back, affixed to the Borrower's promissory note for endorsements.

3. all bookkeeping journal entries associated with the Loan.



4. the deed of trust associated with the Loan.

5. the insurance policy on Borrower's promissory note associated with the Loan.

6. the Call Reports for the period covering the Loan.

7. the deposit slip for the deposit of the Borrower's promissory note associated with the Loan.

8. the order authorizing the withdrawal of funds from Borrower's promissory note deposit account.

9. the account number from which the money came to fund the check given to the Borrower.

10. verification that Borrower's promissory note was a free gift to the Lender from the Borrower.

11. the name and address of the current holder of the Borrower's promissory note.

12. the name and address of the Lender's CPA and Auditor for the period covering the Loan execution.

This is the Borrower's good faith attempt to clear up any confusion in this matter before taking any further actions.   This Notice and Demand for Full Disclosure.

Sincerely,


I, Sherman Lyons Jr.  U.C.C. 1-308

The united states of America, and in The Republic state of ARIZONA

% 6301 WEST MISSOURI AVENUE GLENDALE,ARIZONA(85301)
NON-DOMESTIC

NOTICE OF:

CERTIFICATE OF ACCEPTANCE OF DECLARATION OF LAND PATENT.

LAND PATENT #_AZAZAA 013469, Dated :03/21/2024. (SEE ATTACHED).

KNOW ALL YE MEN AND WOMEN BY THESE PRESENT.

1. That I/we, Sherman Lyons Jr ©living man, do hereby certify and declare(s) that I am/We are Assignee(s) in the LAND PATENT named and numbered above; that I/we have brought up said Land Patent in my name/our names as it pertains to the land described below. The character of said land so claimed by the patent, and legally described and referenced under the Patent Number listed above is: Township `2 NORTH, Range 2EAST, Section 18, Meridian: GILA AND SALT RIVER state of ARIZONA. (SEE ATTACHED).

2. That I am/we are domiciled at % 6301 WEST MISSOURI AVENUE,GLENDALE,ARIZONA (85301) NON-DOMESTIC. Unless otherwise stated, I have individual knowledge of matters contained in this Certification of Acceptance of Declaration of Patent. I/We are fully competent to testify with respect to these matters.

3. I am/We are *Sherman Lyons Jr* an Assignee at Law and a bona fide subsequent purchaser by contract, of certain legally described portion of LAND PATENT under the original, certified LAND PATENT # AZAZAA 013469, DATED 03/21/2024, which is duly authorized to be executed in pursuance of the supremacy of treaty law, citation and Constitutional Mandate, herein referenced, whereupon a duly authenticated true and correct lawful description, together with all hereditament, tenements, pre-emptive rights appurtenant thereto, the lawful and valuable consideration which is appended thereto, and made a part of this NOTICE OF CERTIFICATE OF

ACCEPTANCE OF DECLARATION OF LAND PATENT. (SEE ATTACHED).

4. No claim is made herein that I have been assigned the entire tract of land as described in the original patent. My assignment is inclusive of only the attached lawful description. The filing of this NOTICE OF CERTIFICATE OF ACCEPTANCE AND DECLARATION OF LAND PATENT shall not deny or infringe on any right, privilege, or Immunity of any other Heir or Assigns to any other portion of land covered in the above-described Patent Number AZAZAA 013469. (SEE ATTACHED).

5. If this duly certified LAND PATENT is not challenged by a lawfully qualified party having a claim, lawful lien, debt, or other equitable interest on any in a court of law within sixty (60) days from the date of the filing of this NOTICE, then the above described property shall become the Allodial Freehold of the Heir or Assignee to said Patent, the LAND PATENT shall be considered henceforth perfected in my/our name(s),
THE LYONS FAMILY TRUST, and all future claims against this land shall be forever waived.

6. When a lawfully qualified Sovereign American individual has a claim to title and is challenged, the court of competent original and exclusive jurisdiction is the Common Law Supreme Court (Article III). Anu action against a patent by a corporate state or their respective statutory, legislative units (i.e. courts) would be an action at Law which is outside the venue and jurisdiction of these Article I courts. There is no Law issue contained herein which may be heard in any of the State courts (Article I), nor can any court of Equity/Admiralty set aside, annul, or correct a LAND PATENT.

7. Therefore, said land remains unencumbered, free and clear, and without liens or lawfully attached in any way, and is hereby declared to be private land and private property, not subject to any commercial forums (e.g. U.C.C.) whatsoever.

8. A common Law courtesy of sixty (60) days is stipulated for any challenges hereto, otherwise, laches or extoppel shall forever bar the same against said ALLODIAL, freehold estate; assessment lien theory to the contrary,

notwithstanding. Therefore, said declaration, after (60) days from date, if no challenges are brought forth and upheld, perfects this ALLODIAL TITLE the name/names forever.

## JURISDICTION

THE RECIPIENT HERETO IS MANDATED by Article IV, Sec. 3, Clause 2, Article VI, Sec. 2 & 3, the 9th and 10th Amendments with reference to the 7th Amendment, enforced under Article III, Sec. 3, clause 1, of the Constitution of the United States of America.

## PERJURY JURAT

Pursuant to Title 28 USC sec. 1746 (1) and executed "without the United States," I/We affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge. And further deponent saith not. I now affix my signature of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. – 1 -308 and U.C.C. – 308 and U.C.C. – 1 – 103.6.

Respectfully,

_____    Signature Here

Typed Name Here:   Sherman Lyons Jr   ALL Rights Reserved UCC1-308

Witnessed by _____    Date as of 03/25/2024

Witnessed by _____

Witnessed by _____

The united states of America, and in The Republic state of ARIZONA

℅ 6301 WEST MISSOURI AVENUE GLENDALE,ARIZONA(85301)
NON-DOMESTIC

NOTICE OF:

CERTIFICATE OF ACCEPTANCE OF DECLARATION OF LAND PATENT.

LAND PATENT #_AZAZAA 013469, Dated :03/21/2024. (SEE ATTACHED).

Affiant, **Sherman Lyons Jr**, sui juris, a natural born Sovereign of **LOUISIANA** in its dejure capacity as a republic and as one of the several states of the union created by the constitution for the united States of America 1777/1789. This incidentally makes me an American national and a common man of the Sovereign People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Signed By: _Sherman Lyons_ /lx _____ sui juris, This is dated _MARCH 24, 2024_
All Rights Reserved UCC1-308

**NOTARY PUBLIC**

State _Arizona_ County _Maricopa_ _____ Subscribed and

sworn to before me, a Notary Public, the above signed **Sherman Lyons Jr**, This _24_ day of _March_, 2024.

_Marina Seyfried_
Notary Public

MY COMMISSION EXPIRES: _01-02-2028_



MARINA SEYFRIED
Notary Public · Arizona
Maricopa County
Commission # 659098
My Comm. Expires Jan 2, 2028



# THE UNITED STATES OF AMERICA,

## To all to whom these Presents shall come, Greetings:

Desert Lands
CERTIFICATE
No. 459

**Whereas** Alvan L. Fowler of Queens County New York

has deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Tucson Arizona Territory whereby it appears that full payment has been made by the said Alvan L. Fowler according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," and the acts supplemental thereto, for All of Section eighteen in Township Two North of Range two East of Gila and Salt River Meridian in Arizona Territory containing six hundred and sixteen acres and ninety two hundredths of an acre

according to the Official Plat of the Survey of the said Lands, returned to the General Land Office by the Surveyor General, which said Tract has been purchased by the said Alvan L. Fowler

**Now know ye,** That the United States of America, in consideration of the premises, and in conformity with the several Acts of Congress in such case made and provided, have given and granted, and by these presents do give and grant unto the said Alvan L. Fowler and to his heirs, the said Tract above described: To have and to hold the same together with all the rights, privileges, immunities and appurtenances, of whatsoever nature, thereunto belonging, unto the said Alvan L. Fowler and to his heirs and assigns forever, subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts, and also subject to the right of the Proprietor of a vein or lode to extract and remove his ore therefrom, should the same be found to penetrate or intersect the premises hereby granted, as provided by law. And there is reserved from the lands hereby granted, a right of way thereon for ditches or canals constructed by the authority of the United States.

**In testimony whereof, I** Grover Cleveland President of the United States of America, have caused these letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

**Given** under my hand, at the City of Washington, the Thirty first day of March in the year of our Lord one thousand eight hundred and ninety four and of the Independence of the United States the one hundred and Eighteenth

Grover Cleveland

**By the President:** Grover Cleveland
M McKean

L. Q. C. Lamar Recorder of the General Land Office

When Recorded, Mail To:

DANA AND ASSOCIATES, LLC
2509 S Power Rd, Ste. 207
Mesa, AZ 85209

Official Records of
Maricopa County Recorder
Stephen Richer
20230463687, 09/05/2023 12:10,
LyonsLot7188-1-1-1--
Electronic Recording

EXEMPT UNDER A.R.S. § 11-1134.B.8
APN: 144-63-093

## WARRANTY DEED

For and in consideration of TEN AND NO/100 DOLLARS, and other good and valuable consideration, **SHERMAN LYONS** an unmarried man ("*Grantor*"), does hereby convey to **SHERMAN LYONS** Trustee of the **LYONS FAMILY TRUST**, under Agreement dated _Augvst_ _28th_, 2023 ("*Grantee*"), the following described real property situated in Maricopa County, Arizona:

**Lot 7188, MARYVALE TERRACE NO. 20**, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 81 of Maps, Page 11.

SUBJECT TO: Current taxes, and other assessments, liens, reservations in patents, and all easements, rights of way, encumbrances, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And Grantor binds the Grantor and the Grantor's successors to warrant the title conveyed hereby against all persons whomsoever, subject to the matters above set forth.

*In compliance with A.R.S. § 33-404, the Beneficiary under Agreement dated _Augvst_ _28th_, 2023 is **SHERMAN LYONS JR.**, whose address is 6301 W. Missouri Avenue, Glendale, Arizona 85301

Date: _8-28-23_ _____ _____
                                        **SHERMAN LYONS JR.**

**STATE OF ARIZONA**      )
                                              ) ss.
County of Maricopa        )

        The foregoing instrument was acknowledged before me this _28th_ day of _Augvst_ 2023, by **SHERMAN LYONS, an unmarried man.**

_____
Notary Public
My Commission expires: _9-5-2025_

# AFFIDAVIT OF SERVICE

County of _MARICOPA_

State of _Arizona_

Date: _MARCH 10_, 20 _24_

**I. SERVER.** I, _Sherman Lyons_ ("Server"), declare under penalty of perjury that the following documents were delivered and served in the following manner:

**II. DOCUMENTS.** The documents served are described as: _Truth in Lending_

**III. RECIPIENT.** The above-mentioned documents were delivered to: _/ Lakeview Loan Servicing_
   a.) Defendant/Respondent: _Julio Aldecocea_ ("Recipient") c/o _Lakeview Loan Servicing_
   b.) Address/Location: _4425 Ponce De Leon Blvd, Coral Gables Florida, 33146_
   c.) Date: _03/18_, 20 _24_ Time: ___:___ ☑ AM ☐ PM

**IV. DELIVERY.** The Recipient received the documents by: (check one)

   ☑ - **Mail.** The Server sent the documents in the mail by: (check all that apply)
     ☐ - Standard Mail
     ☐ - Electronic Mail (E-Mail)
     ☑ - Certified Mail (with return receipt) _(9589071052700438378563)_
     ☐ - FedEx
     ☐ - UPS
     ☐ - Other

   ☐ - **Direct Service.** The Server handed the documents to a person identified as the Recipient.

   ☐ - **Someone at the Residence.** The Server handed the documents to someone who identified as living at the residence and stated their name is:
_____.

   ☐ - **Someone at the Workplace.** The Server handed the documents to someone who identified to be the Recipient's co-worker and stated their name is:
_____.

   ☐ - **Leaving at the Residence.** The Server left the documents in the following area: _____.

   ☐ - **Recipient Rejected Delivery.** The Server delivered the documents to the Recipient in-person and did not accept delivery.

   ☐ - **Other.** _____.

**V. VERIFICATION.** I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

Server's Signature: _Sherman Lyons_ Date: _03/31/2024_

Print Name: _Sherman Lyons Sr._

Page 1 of 1

# Truth in Lending

## AFFIDAVIT and PLAIN STATEMENT OF FACTS

STATE OF ARIZONA                          NOTICE TO AGENT IS NOTICE TO PRINCIPAL

COUNTY OF MARICOPA                   NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### [ ADMINISTRATIVE REMEDY PROCEDURE - PLEASE READ CAREFULLY

I Sherman Lyons Jr[living man] % 6301 west Missouri Avenue Glendale,az[ 85301] usa this is an offer for LAKEVIEW LOAN SERVICING LLC ,EMPIRE WEST TITLE AGENCY,THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT.,THE SERVICING TRANSFER States that SHERMAN LYONS JR mortgage loan that was serviced by MORIA DEVELOPMENT INC.,DBA PEOPLES MORTGAGE ORIGINAL LOAN #[134030]was purchased by LAKEVIEW LOAN SERVICING LLC which then partners with LOAN CARE for servicing of the loan. In honor, to make full disclosure if you are in fact not the (See Black's law Dictionary 6" Ed. "TRUE" page 1508) **CREDITOR** or represent the true **CREDITOR** under The Truth In Lending Act 15 U.S.C. §1601, Privacy Act Title 5 U.S.C. $ 552(a) and Title 12 U.S.C. § 2605 the requirement of CREDITOR to respond and act to a purported **DEBTOR**'s request for disclosure and information regarding a purported debt; the account you list as SHERMAN LYONS, LOAN NUMBER : 134030 with Moria Development inc.,DBA Peoples Mortgage,an Arizona Corporation and loan number 0052983160 with LAKEVIEW LOAN SERVICING LLC/LOAN CARE.[see 18 U.S.code 894]Collection of extension of credit by extortionate means.

If you refuse to stipulate that you are or represent the true CREDITOR[see 15 usc 1602g] of my purported Mortgage,[Not purchaser] you must cease any and all collection activity and surrender the Deed and/or Deed of Trust, and (See Black's law Dictionary 6* Ed. "GENUINE" page 686) genuine NOTE to me and make restitution and remedy. Accordingly, if YOU fail to respond in this Matter, then YOU have thus stipulated that I MUST be the true CREDITOR in this matter, and any previous claims by you and/or any other party that I am the purported DEBTOR are thus considered null and void and initiated by you and all other parties.

YOU, *cannot be the* **CREDITOR** *in this instant matter because YOU and/or any of YOU* NEVER risked any assets, nor are any of YOU holding any assets.

A **CREDITOR** cannot be a true **CREDITOR** if they don't hold the asset in question, [i.e.: the NOTE *and/or the property*; and **Mortgage Pass-through Trusts**, i.e. R.E.M.I.C., as defined in Title 26, Subtitle A, Chapter / Subchapter M, Part II, §§ 850-862] cannot hold assets for if they do their tax exempt status is violated and the Trust itself is void and initiated.

# Truth in Lending

If you are the true **CREDITOR** or represent the true **CREDITOR** under The Truth In Lending Act 15 U.S.C. $1601, Privacy Act Title 5 U.S.C. § 552(b)(4), and Title 12 U.S.C. $ 2605 you MUST NOW inform me, the INTERNAL REVENUE SERVICE (IRS) and the SECURITIES AND EXCHANGE COMMISSION (SEC) of YOUR/THEIR change in Tax exempt status of being a **CREDITOR.**

You, my purported lending institution, successor in ownership, and/or loan servicer have committed acts of fraud upon me, and the public in general, and are the single cause of this paradox and absent YOU stating the claim as true **CREDITOR** or representative of the true **CREDITOR,** YOU cannot claim a debt or collection thereof.

The undersigned, Sherman Lyons Jr, is hereafter referred to as Affiant. Affiant is the Authorized Representative and Secured Party Creditor of and for Sherman Lyons Jr. Affiant hereby states that he is of legal age and competent to state on belief and personal knowledge that the facts set forth herein as duly noted below are true, correct, complete, and presented in good faith regarding the account listed as Sherman Lyons Jr, LOAN NUMBER : 134030 with MORIA DEVELOPMENT INC,DBA PEOPLES MORTGAGE. This Affidavit concerns loan#0052983160/ LAKEVIEW LOAN SERVICING,LLC/LOAN CARE. and their attempt to collect a purchased debt.

I have recently discovered some of the numerous acts of fraud you, and/or "your corporation" committed against me as Affiant and/or the body politic and/or public in general; including without limitations, the following abridged list of fraudulent acts committed by your corporation at your behest:

1.      The fraudulently claimed "loan" was in no way a "loan" as it was truly CURRENCY EXCHANGE as one form of "currency," the GENUINE ORIGINAL PROMISSORY NOTE, was exchanged for another form of "currency" known as FEDERAL RESERVE NOTES or MONEY OF ACCOUNT OR CHECKBOOK MONEY.[see 12 usc 1431]

2.      Your "corporation" and LAKEVIEW LOAN SERVICING LLC/LOAN CARE., never at any time risked any of its assets and truly only exchanged the GENUINE ORIGINAL PROMISSORY NOTE for "credit" according to the Federal Reserve Generally Accepted Accounting Standards (GAAS) with the FEDERAL RESERVE SYSTEM.[see promissory note defined 9-102[a][65]

# Truth in Lending

**3.** You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE.and/or your corporation received unjust enrichment and/or pecuniary gain for your fraudulent acts).

**4.** You, and/or You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE your corporation have operated as a FICTITIOUS PAYEE unlawfully accepting unjust enrichment from a fraudulent and deceitful "contract" known as a "MORTGAGE" and/or "DEED OF TRUST."

**5.** You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE and/or your corporation has skirted numerous laws required by several states concerning the "RECORDING OF DOCUMENTS " to defraud the states of their lawfully required recording fees.

**6.** You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE AND/OR your corporation has violated numerous laws concerning "filing and/or recording false and/or fraudulent" in a public office.

**7.** You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE AND/OR your corporation copied the NOTE before it was mutilated, destroyed, dis-attached from the other documents, etc. and therefore the copy is invalid even if said copy was or is "certified."

**8.** Without disclosure You, MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE And/or your Corporation, parent Corporation and other subsidiaries convert the monetary instrument (note) into an unregistered security, thereby counterfeiting the purported borrower's signature, without disclosure that a note is a "monetary instrument" that evidences a promise to pay a monetary obligation, does evidence an order to pay, and does contain an acknowledgment by a bank that the bank has received for deposit a sum of money or funds Ref. U.C.C. 9-102(a)(9). However, a note in a mortgage transaction exceeds a maturity of nine months, and therefore it is already a security, Ref. 15 U.S.C. 78(c)(10). Therefore, any reference to a note is your/their knowledgeable, willful fraud by conversion, intent and action.

**9.** Without disclosure , You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE AND/OR Corporation, parent Corporation and other subsidiaries register the note as a security with the SECURITIES and EXCHANGE COMMISSION using Form S3. Under U.C.C. 3-306, there cannot be a holder in due course on a promissory note

# Truth in Lending

after YOU deposit it so you use **off balance sheet bookkeeping** under Financial Accounting Standards ( FAS) to hide the asset of the (See Black's Law Dictionary 6th Ed "TRUE' page 1508) true CREDITOR. All banks and subsidiary mortgage companies follow FAS standards.

10.    FR 2046 is one of several reports that are filed on OMB forms in which the public has a right to disclosure under the Privacy Act that shows the purported borrower's asset and , You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE AND/OR your Corporation, parent Corporation and other subsidiaries liability. Under Title **12 U.S.C. 1813(L)(1)** when the purported borrower gives, deposits, or surrenders or the subsequent supposed loan owner obtains the promissory note, it becomes a cash item and you, a You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE And/or your Corporation, parent Corporation and other subsidiaries are required to give the purported borrower **a cash receipt**. The deposit of his and Affiant's promissory note was made to a demand deposit account you, MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE And/or your Corporation, parent Corporation and other subsidiaries are required to show it on THEIR books, but **instead**

**THEY do an offset entry and fail to give the purported borrower and Affiant a cash receipt.**

**11.**  You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE And/or your Corporation, parent Corporation and other subsidiaries are required under 12 U.S.C. §§248 and 347 to file an FR 2046 balance sheet. YOUR liability is my promissory note. It is YOUR liability because it is an asset to me. YOU owe me that money under recoupment. You call it an offset in accounting, but in the Uniform Commercial Code (U.C.C.) It is called a recoupment.

12.    I hereby bring **a mandatory counterclaim. Affiant demands recoupment settlement and closure .** Under FAS 140, I am entitled to my setoff. **YOU and/or your Corporation must use my accounts payable as an offset or counterclaim to the financial asset side** and that is the receivable.

# Truth in Lending

**13.    Afliant demands copies of** the S3 registration statement, the form   You MR.JULIO ALDECOCEA ℅ LAKEVIEW LOAN SERVICING,LLC/LOAN CARE **And/or** your Corporation, parent Corporation and other subsidiaries file that shows THEY sold the note that is a transfer; the 424(b)(5) prospectus; the balance sheets FR 2046, 2049, and 1099s that have OMB numbers on them and are subject to disclosure under the Privacy Act, Title 5 U.S.C. § 552(a). Auditors keep track of where the assets went. If necessary I will file suit and subpoena the auditor.

**14.**    The genuine note and/or mortgage does not contain a Ratification of Commencement as required by Ark. and F. R. Civ. P. 17(a), "real party in interest," that  You MR.JULIO ALDECOCEA ℅ LAKEVIEW LOAN SERVICING,LLC/LOAN CARE and/or your Corporation, parent Corporation and other subsidiaries are not the "real party in interest", failed or perpetuated failure to provide "full disclosure" of lawful terms, conditions, assignment, consideration, silent agreements, repercussions, penalties, loss of rights and the consequences thereof;

**15.**    You, your corporation, and previous purported owners of the note/mortgage joint and several have "intentionally created fraud in the factum and withheld from "Affiant" vital information concerning said debt and all of the matrix involved in making the loan" See Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008). Failure to disclose is Fraud. Fraud vitiates all contracts *ab initio*. Fraud allows Affiant to rescind his signature and cancel the contract. Under cancellation of Contracts UCC § 1-206(4) states that the damaged party (Affiant) retains remedy.

YOU MUST RESPOND and REBUT MY ALLEGATIONS and CLAIMS under Title 12 U.S.C. $ 2605 **if you are the genuine CREDITOR or represent him**. I, SHERMAN LYONS JR, allege the following:

1. I am the CREDITOR in this matter.
2. YOU or who you represent is the DEBTOR in this matter:
3. YOU are not the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.
4. I am NOT the DEBTOR in this matter.
5. YOU or who you represent are not the Real Party in Interest in this matter.
6. YOU or who you represent did NOT put their assets at risk in this instant matter.
7. YOU or who you represent have only "made a currency exchange" in this matter.
8. YOU or who you represent are using a corporate entity and/or TRUST in furtherance of fraudulent acts).

# Truth in Lending

9. YOU or who you represent purposely destroyed/copied the "GENUINE" ORIGINAL NOTE to

"securitize" a new and Fraudulent NOTE.

10. YOU or who you represent are calling the NOTE, PROMISSORY NOTE, and/or DEED OF TRUST NOTE a NOTE when in reality the NOTE is a security by "true" definition (See 15 U.S.C. § 78c 10).

11. YOU or who you represent then register[EXEMPT] the NOTE/SECURITY with the SEC and sell it for unjust enrichment and/or pecuniary gain for your fraudulent act(s).

12. YOU or who you represent as such, are buying, selling and/or trading NOTEs as fraudulent securities.

13. YOU or who you represent has been paid in full for the "contract" in question.

14. YOU or who you represent follow the Federal Reserve GAAS when making a loan.

## ADMINISTRATIVE REMEDY PROCEDURE

Affiant and/or SHERMAN LYONS JR, by Restricted Appearance, is hereby exhausting HIS administrative remedy within the Admiralty, Law and or Equity by providing Notice of same to You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE.

As an operation of law, Affiant and/or SHERMAN LYONS JR is required to exhaust HIS administrative remedy. This document is mailed as identified in the Notary or Witness Affidavit of Service of same.

Affiant alleges that the attached Affidavits are prima face evidence of fraud, damage to Affiant and proof of claim. See United States v. Kis, 658 F.2d, 526 (7h Cir. 1981)., "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."

++++++++

As with any administrative process, may controvert You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE the statements and/or claims made by Affiant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to under penalty of perjury, signed by or other You MR.JULIO ALDECOCEA %

# Truth in Lending

LAKEVIEW LOAN SERVICING,LLC/LOAN CARE designated officer of the corporation with evidence in support by Registered Mail to Notary or Witness Acceptor. Answers by any other means are considered a non-response and will be treated as a non-response.

You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOANCARE may agree and admit to all statements and claims made by Affiant by TACIT PROCURATION by simply remaining silent.

JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE may additionally be subject to postal statutes and the jurisdiction of the Universal Postal Union.

## ESTOPPEL BY ACQUIESCENCE:

In the event You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE or any Officer, Employee, or Associate with You MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE fails to respond, they individually and collectively admit the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and by COLLATERAL ESTOPPEL. MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE,may not argue your controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. (See Black's Law Dictionary 6" Ed. for any terms you do not "understand"). Your failure to completely answer and respond will result in your agreeing not to argue, controvert or otherwise protest the finality of the administrative findings in any process, whether administrative or judicial, as certified by Notary or Witness Acceptor in an Affidavit Certificate of Non Response. Should YOU fail to respond, provide partial, unsworn, or incomplete answers,administrative remedy. This document is mailed as identified in the Notary or Witness Affidavit of Service of same.

such are not acceptable to me or to any court of law. See, Sieb's Hatcheries, Inc. v. Lindley, 13 F.R.D. 113 (1952)., "Defendants) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and Fed. R. Civ. P. 36, the facts in question were deemed admitted as true. Failure to answer is well established in the court. Beasley v. U. S., 81

# Truth in Lending

F. Supp. 518 (1948)., "I, therefore, hold that the requests will be considered as having been admitted."

This is an opportunity for you to respond, MR.JULIO ALDECOCEA % LAKEVIEW LOAN SERVICING,LLC/LOAN CARE to state a claim as Genuine CREDITOR or authorized representative of the Genuine CREDITOR under The Truth In Lending Act 15 U.S.C. §1601, Privacy Act Title 5 U.S.C. § 552(b)(4), and Title 12 U.S.C. § 2605 within twenty (20) days. In the event you default and fail to properly respond to all questions and allegations YOU admit you do not represent or are not the Genuine CREDITOR. As such, YOU must return the "Genuine" Note, Deed/Deed of Trust, provide recoupment, return all remittances, reconvey my title, cease any action of collection of a CREDITOR, and remove all claims and negative information from credit reporting bureaus.

"**Deadline**" is defined as 5:00 p.m. on the fourteenth (14th) day after your receipt of this affidavit as shown on the return receipt PS Form 3811 and/or confirmation of electronic signature from the U.S. Postal Service.

"**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial, such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses being legally insufficient to controvert the verified statements herewith. See Sieb's Hatcheries, Inc and Beasley, Supra. Failure to respond can result in **your acceptance of personal liability** external to qualified immunity and waiver of any decision rights of remedy

**REMEDY:** Mail to Affiant's mailing location exactly as shown below:

A notary public has been used as a courtesy disclosure of United States admissions to prevent injury to corporations, persons, legal fictions, etc. Such usage and the use of corporate codes, statutes, citations, case rulings or other private corporate regulations is coincidental and does not and shall not be deemed an election to submit to a foreign jurisdiction or consent, real, imagined or implied, to waive any rights, ownership, title, claim, or defenses.

**All Rights Reserved, Without Prejudice,**

# Truth in Lending

## COMMERCIAL OATH AND VERIFICATION

County of MARICOPA              )

                                )          Commercial Oath and Verification

The State of ARIZONA            )


I, Sherman Lyons Jr[living man], under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be His Affidavit of Truth regarding same signed and sealed this _10_ day of _03/10/2024_ in the year of Our Lord two thousand and TWENTY FOUR:


Sherman Lyons Jr, Authorized signature By: UCC 3-402 (b)(1)

By: _Sherman Lyons Jr_ ,

Sherman Lyons Jr, Authorized Representative, Affiant,

without recourse, without prejudice, UCC 1-308

## Correspondence will be accepted only as addressed:


c/o SHERMAN LYONS JR

% 6301 WEST MISSOURI AVENUE

   GLENDALE, ARIZONA [85301]


STATE OF ARIZONA            )

                            )

COUNTY OF MARICOPA          )

SUBSCRIBED SWORN, AND AFFIRMED BEFORE ME, a Notary Public, on this ___ _10th_ day of _March_ 2024, by _Sherman Lyons Jr._ , proved to me on the basis of satisfactory evidence to be the wo/man who appeared before me.

_Marina Seyfried_ NOTARY PUBLIC

Notary Signature

_Marina Seyfried_

Notary printed name                    Seal:

My Commission expires: _01-02-2028_

MARINA SEYFRIED
Notary Public · Arizona
Maricopa County
Commission # 659098
My Comm. Expires Jan 2, 2028



CLERK OF THE
SUPERIOR COURT
FILED
G. AGUNDEZ, DEPUTY

2024 MAY 20 PM 3: 46

Robert G. Anderson, #004813
General Counsel
2055 East Centennial Circle
Tempe, Arizona 85284
Telephone: (480) 306-5425
Email:randerson@peoplesmortgage.com

Attorney for Defendants Moria Development, Inc., Stanley A. Morris, and Robert G. Anderson

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SHERMAN LYONS Jr., <br><br> Plaintiff, <br><br> vs. <br><br> JULION ALDECOCEA, LAKEVIEW LOAN SERVICING, et al, <br><br><br> Defendants. | Case No.: CV2024-007052 <br><br> **CONTROVERTING CERTIFICATE RE: COMPULSORY ARBITRATION** |

Defendants Moria Development, Inc., dba Peoples Mortgage Company, Stanley A. Morris, and Robert G. Anderson ("Answering Defendants"), and through its undersigned counsel, certifies that because the Plaintiff seeks affirmative relief other than money

damages, Plaintiff does not meet the requirements set by Rule 72(b) Rules of Civil Procedure and Local Rule for compulsory arbitration.

Accordingly, this case **is not** subject to the Uniform Rules of Procedure for Arbitration.

RESPECTFULLY SUBMITTED this 20TH day of May, 204.

**MORIA DEVELOPMENT, Inc.**

By: _Robert S. Anderle_
Robert G. Anderson
Attorneys for Answering Defendants

The original of the foregoing was efiled this 14th day of May 2024 to:

Clerk of Superior Court for
Maricopa County Superior Court
Northeast Regional Court Center
18380 North 40th Street
Phoenix, AZ  85032

A copy of the foregoing mailed this 20th day of March 2024 to:

Maricopa County Superior Court
Northeast Regional Court Center
18380 North 40th Street
Phoenix, AZ  85032

Sherman Lyons Jr.
406301 West Missouri Avenue
Glendale, AZ  85301

- 2 -

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

24 MAY -8 PM 6:32

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

FILED

BY *L. Coduhe*    DEP



Sherman Lyons Jr
vs.
Tiffany And Bosco, PA; Empire West Title Ageny,
LLC; Robert Anderson; Julio Aldecocea c/o
Lakeview Loan; Stan Morris DBA Peoples
Mortgage; Leanard J. McDonald, Et Al.

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2024-007052 |
| | ) ss. | |
| County of Maricopa | ) | 24004234 |

I hereby certify that I received the within documents on the **25th** day of **April** A.D. **2024** at the hour of **9:57 AM,** and served the same on the **8th** day of **May** A.D. **2024** on **Leonard J McDonald (Beneficiary)** being said defendant(s) named in said documents, by delivering **to Leonard J McDonald (Beneficiary)** in person, at **7720 N 16th Street Suite 300 Phoenix, AZ 85020** at **10:20 AM** in the county of Maricopa, a copy of said **Summons, Amended Civil Complaint & Exhibits.**

**Dated this 8th day of May A.D. 2024.**

Service   $16.00
Mileage   $21.60

Total      $37.60

RUSS SKINNER
Maricopa County Sheriff

*T. JOHNSON*

By _____
Deputy T. Johnson #S1374

B5167

Person Filing: Sherman Lyons Jr
Address (if not protected): 5/o 6301 West Missouri Avenue
City, State, Zip Code: Glendale, Arizona 85301
Telephone: (602) 796 0577
Email Address: ShermanLyons81@gmail.com
Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
M. PATTERSON. DEP

2024 APR 23 PM 12: 52

For Clerk's Use Only

Representing ☑ Self, without a Lawyer OR ☐ Attorney for ☐ Petitioner OR ☐ Respondent

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Sherman Lyons Jr.
_____
Name of Petitioner / Plaintiff
Julio Aldecocea
5/o Lakeview Loan Servicing
_____
Name of Respondent / Defendant

Case Number: CV2024-007057

ORDER REGARDING DEFERRAL
OR WAIVER OF COURT FEES AND
COSTS

THE COURT FINDS that the applicant or estate/ward/protected person, _____
Sherman Lyons _____ (print name):

1.    ☐ Is not eligible for a deferral or for a waiver of fees and costs.

Or

2.    ☑ Is eligible for a deferral of fees and costs based on:

☑ Financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

☐ At the court's discretion (A.R.S. § 12-302(L)).

☐ Good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

Or

Case Number: CV2024-007052

3.    ☐ Is eligible for a waiver of fees and costs based on:

   ☐ Applicant is permanently unable to pay.

   ☐ At the court's discretion (A.R.S. § 12-302(L)).

## IT IS ORDERED:

☐ Waiver is denied for the following reasons:

   ☐ This is a class action. (A.R.S. § 12-302(K))

   ☐ The applicant is an ADOC inmate awaiting transportation to ADOC facilities or a non-ADOC inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

   ☐ The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

   ☐ The applicant is not permanently unable to pay or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))

☐ Waiver is granted for the following fees and costs in this case that may be waived under A.R.S. § 12-302(H):

   ☐ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

   ☐ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

   ☐ Fees for service by publication.

   ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

   ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

☐ Deferral is denied for the following reason(s):

   ☐ The application is incomplete because _____

© Superior Court of Arizona in Maricopa County          Page 2 of 5          GNDW18f-090622
ALL RIGHTS RESERVED

Case Number: CV2024-007052

> You are encouraged to submit a complete application.

☐ The applicant does not meet the financial criteria for deferral because:

    ☐ The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps;

    ☐ The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program;

☐ The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court;

    ☐ Other reason: _____

_____
_____

☐ The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

☒ **Deferral is granted** for the following fees and costs in this court:

☒ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

Case Number: CV2024-007052

If a deferral is granted, applicant must pay as follows:

> ☒ No payments will be due until further notice or at the conclusion of your case.
>
> ☐ Payment plan. The applicant must pay $_____ each _____
> (week, month etc.) until paid in full, beginning _____.
>
> ☐ Payment due date. The applicant must pay the service of process fee of
> $_____ on or before _____.

> Right to judicial review. If the court denies your application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a Request and Order for Hearing. You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

> If you do not pay the service of process fees when they are due, you will receive a Notice of Court Fees and Costs Due. The Notice of Court Fees and Costs Due will remind you that you may submit a Supplemental Application (Form No. GNDW92f) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your Supplemental Application and decide at that time whether or not you must pay.

Notice regarding consent judgment. A consent judgment may be entered against you for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order unless:

   A. The fees and costs are taxed to another party.

   B. You establish a payment plan and make timely payments.

   C. You file a Supplemental Application, and the court has not made a ruling on it.

   D. In response to the Supplemental Application, the court orders the fees and costs to be waived or further deferred.

   E. Within 20 days of the date the court denies the Supplemental Application,

        o  You pay the fees and costs.

        o  You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

Case Number: CV 2024-007052

If you appeal the final order, decree, or judgment, unpaid court fees are due 30 days after the appeals process ends. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

---

Duty to report change in financial circumstances.

An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

---

Dated: **APR 2 3 2024**

☐ Judicial Officer  ☒ Special Commissioner

---

Note: if the application is by verbal avowal, the applicant must sign the consent on the next page.

---

I CERTIFY that I mailed/delivered a copy of this document to:
☒ Applicant ☐ at the above address, ☐ in court, ☒ hand delivered, ☐ by email
☐ Applicant's attorney ☐ at the above address, ☐ in court, ☐ hand delivered, ☐ by email

**APR 2 3 2024**
Date    By _____
Clerk of Superior Court

---

Person Filing: Sherman Lyons Jr.

Address (if not protected): c/o 6301 West Missouri Avenue

City, State, Zip Code: Glendale, Arizona (85301)

Telephone: 602 796 0577

Email Address: ShermanLyons81@gmail.com

Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Plaintiff   OR   ☐ Defendant

CLERK OF THE SUPERIOR COURT
FILED
APR 01 2024    10:16 am
D. Araiza, Deputy

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Sherman Lyons Jr
The Lyons Family Trust
**PLAINTIFF,**

vs.

Julio Aldecocea c/o
Lakeview Loan Servicing, LLC
**DEFENDANT.**

CV 2024-007052

**Case Number:** _____

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____

_____

_____

SUBMITTED this 01 day of 04, 2024.

SIGNATURE X Sherman Lyons Jr.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                Page 1 of 1                CV03f 120319