# EXHIBIT B

3

170528307

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2024-007052 | **Judge:** | McCoy, M. Scott |
| **File Date:** | 4/1/2024 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Sherman Lyons | Plaintiff | Male | Pro Per |
| Julio Aldecocea | Defendant | Male | Pro Per |
| Robert Anderson | Defendant | Male | Pro Per |
| Stan Morris | Defendant | Male | Pro Per |
| Empire West Title Agency L L C | Defendant | | Pro Per |
| Tiffany And Bosco P A | Defendant | | Leonard McDonald |
| Leonard J McDonald | Defendant | Male | Leonard McDonald |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/23/2024 | MTD - Motion To Dismiss | 5/23/2024 | |
| **NOTE:** | DEFENDANTS LEONARD J. MCDONALD AND TIFFANY & BOSCO, P.A.'S MOTION TO DISMISS EFILE BILLING $245 | | |
| 5/23/2024 | CER - Certificate | 5/23/2024 | |
| **NOTE:** | Good Faith Consultation Certificate | | |
| 5/20/2024 | ANS - Answer | 5/22/2024 | |
| **NOTE:** | SEPERATE / OF DEFENDANTS MORIA DEVELOPMENT INC STAN MORRIS AND ROBERT ANDERSON | | |
| 5/20/2024 | CCE - Controverting Certificate | 5/22/2024 | |
| **NOTE:** | RE COMPULSORY ARBITRATION | | |
| 5/8/2024 | AFS - Affidavit Of Service | 5/14/2024 | |
| **NOTE:** | ROBERT ANDERSON | | |
| 5/8/2024 | AFS - Affidavit Of Service | 5/14/2024 | |
| **NOTE:** | STAN MORRIS | | |
| 5/8/2024 | AFS - Affidavit Of Service | 5/14/2024 | |
| **NOTE:** | LEONARD J MCDONALD | | |
| 5/8/2024 | AFS - Affidavit Of Service | 5/14/2024 | |
| **NOTE:** | EMPIRE WEST TITLE AGENCY LLC | | |
| 5/8/2024 | SUM - Summons | 5/15/2024 | Plaintiff(1) |
| 5/8/2024 | SUM - Summons | 5/15/2024 | Plaintiff(1) |
| 5/8/2024 | SUM - Summons | 5/15/2024 | Plaintiff(1) |
| 5/8/2024 | SUM - Summons | 5/15/2024 | Plaintiff(1) |
| 4/25/2024 | NOT - Notice | 4/29/2024 | Plaintiff(1) |
| **NOTE:** | PAPERWORK IN CASE | | |
| 4/23/2024 | MTC - Motion To Compel | 4/25/2024 | Plaintiff(1) |
| **NOTE:** | DISCOVERY | | |
| 4/23/2024 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 4/25/2024 | Plaintiff(1) |
| 4/23/2024 | ODF - Order Deferring Court Fees | 4/25/2024 | |
| 4/23/2024 | ADW - Application Deferral/Waiver | 4/25/2024 | Plaintiff(1) |
| 4/1/2024 | COM - Complaint | 4/4/2024 | Plaintiff(1) |
| 4/1/2024 | CSH - Coversheet | 4/4/2024 | Plaintiff(1) |
| 4/1/2024 | NJT - Not Demand For Jury Trial | 4/4/2024 | Plaintiff(1) |
| 4/1/2024 | CCN - Cert Arbitration - Not Subject | 4/4/2024 | Plaintiff(1) |
| 4/1/2024 | AMC - Amended Complaint | 4/8/2024 | Plaintiff(1) |
| **NOTE:** | AMENDMENT | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| **No records found.** | | | | | |