UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | **Shermon Lyons, Jr. , Plaintiff; The Lyons Family Trust , Plaintiff;** | **Defendant**(s): | **Leonard J. McDonald , ; Robert G. Anderson , ; Empire West Title Agency, LLC, an Arizona Limited Liability Company , ; Julio Aldecocea , ; Stanley A. Morris , ; Mortgage Electronic Registration Systems , ; Tiffany & Bosco , ; Sean O'Neal , ; Moria Development, Inc. , ; Lakeview Loan Servicing LLC , ;** |

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Shermon Lyons , Pro Se**

6301 W. Missouri Avenue
Glendale, Arizona  85301
(602) 796-0577

Defendant's Atty(s):

**Justin D. Balser , Attorney for Defendants Leonard J. McDonald and Lakeview Loan Servicing, LLC**
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614
(949) 622-2700
**Robert G. Anderson , Attorney for Defendants Moria Development, Inc., Stanley A. Morris and Robert G. Anderson**

2055 East Centennial Circle
Tempe, Arizona
(480) 306-5425
**Leonard J. McDonald , Attorney for Leonard McDonald and Tiffany & Bosco**
Tiffany & Bosco
7720 N. 16th Street, Suite 300
Phoenix, Arizona  85301
(602) 255-6000

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2024007052**

<u>II. Basis of Jurisdiction</u>:

**3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-

**N/A**

Defendant:-

**N/A**

<u>IV. Origin</u> :

**2. Removed From State Court**

<u>V. Nature of Suit</u>:

**480 Consumer Credit**

<u>VI.Cause of Action</u>:

**15 USC 1681(2)(a)(1), 15 USC 1681(2)(b), 15 USC 1692, TILA**

VII. Requested in Complaint

Class Action:                                                                No

Dollar Demand:

                                                                **No**

Jury Demand:

VIII. This case **is not related** to another case.

**Signature:** /s/ Justin Balser

**Date:** June 6, 2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014