## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

**1.**  **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Sherman Lyons, Jr. / The Lyons Family Trust | Plaintiffs | Sherman Lyons Jr. (Pro Se Plaintiff)<br>406301 West Missouri Avenue<br>Glendale, Arizona 85301 |
| Lakeview Loan Servicing, LLC | Defendant | Justin Balser, Esq.<br>AZ SBN 027850<br>Troutman Pepper Hamilton Sanders LLP<br>5 Park Plaza, Suite 1400<br>Irvine, California 92614<br>justin.balser@troutman.com<br>Phone: 949.622.2700 |
| Moria Development, Inc., Stanley A. Morris and Robert G. Anderson | Defendants | Robert G. Anderson<br>2055 East Centennial Circle<br>Tempe, Arizona<br>(480) 306-5425 |

**2.**  **Jury Demand:**

Was a Jury Demand made in another jurisdiction?    Yes ⦿    No ◯

If "Yes," by which party and on what date?

Sherman Lyons, Jr. / The Lyons Family Trust

04/01/2024

**3.**  **Answer:**

Was an Answer made in another jurisdiction?    Yes ⦿    No ◯

If "Yes," by which party and on what date?

Moria Development, Inc., Stan Morris and Robert Anderson

05/20/2024

Supp CV Cover Sheet (rev 8/20/2015)

**4.      Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Leonard J. McDonald | | |
| Stan Morris, dba People's Mortgage | 5/8/24 | Personal |
| Robert Anderson | 4/25/24 | Personal |

**5.      Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Julio Aldecocea | unknown |
| Lakeview Loan Servicing, LLC | unknown - but Lakeview Loan Servicing was made aware of the case by another party |
| | |

**6.      Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

**7.      Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff Sherman Lyons | 15 USC 1681s - (2)(a)(1); 15 USC 1681(2)(b); 15 USC 1691; 15 USC 1691(e); TILA |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)