## SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

**1.    Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Empire West Title Agency, LLC | Defendant | |
| Mortgage Electronic Registration System (MERS) | Defendant | |
| Leonard J. McDonald, Esq., and Tiffany and Bosco, P.A. | Defendant | Leonard J. McDonald, Esq.<br>Michael F. Bosco, Esq.<br>Tiffany & Bosco, P.A.<br>7720 N. 16th Street, Suite 300<br>Phoenix, Arizona 85020<br>Phone: (602) 255-6000 |

**2.    Jury Demand:**

Was a Jury Demand made in another jurisdiction?    Yes ⦿        No ◯

If "Yes," by which party and on what date?

Sherman Lyons, Jr. / The Lyons Family Trust

04/01/2024

**3.    Answer:**

Was an Answer made in another jurisdiction?    Yes ⦿        No ◯

If "Yes," by which party and on what date?

Moria Development, Inc., Stan Morris and Robert Anderson

05/20/2024

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Empire West Title Agency, LLC | 5/3/24 | Personal |
|  |  |  |
|  |  |  |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
|  |  |
|  |  |
|  |  |

**6.    Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |
|  |  |
|  |  |

**7.    Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
|  |  |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**