# EXHIBIT B

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20240129775   03/13/2024   01:38
ELECTRONIC RECORDING

1710360427692-2-2-2--
amine

WHEN RECORDED MAIL TO:

**TIFFANY & BOSCO, P.A.**
2525 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Title No: 240112287-AZ-VOI

## NOTICE OF TRUSTEE'S SALE
**File ID. #24-01861-LC-AZ  Lyons**

The following legally described trust property will be sold, pursuant to the power of sale under that certain trust deed recorded on 07/30/2020 as Document No. 20200689269   of the Official Records of  Maricopa County,  AZ. **NOTICE! IF YOU BELIEVE THERE IS A DEFENSE TO THE TRUSTEE SALE OR IF YOU HAVE AN OBJECTION TO THE TRUSTEE SALE, YOU MUST FILE AN ACTION AND OBTAIN A COURT ORDER PURSUANT TO RULE 65, ARIZONA RULES OF CIVIL PROCEDURE, STOPPING THE SALE NO LATER THAN 5:00P.M. MOUNTAIN STANDARD TIME OF THE LAST BUSINESS DAY BEFORE THE SCHEDULED DATE OF THE SALE, OR YOU MAY HAVE WAIVED ANY DEFENSES OR OBJECTIONS TO THE SALE. UNLESS YOU OBTAIN AN ORDER, THE SALE WILL BE FINAL AND WILL OCCUR at public auction on June 13, 2024 at 10:00 AM at the Main Entrance to the Superior Courts Building at the Maricopa County Courthouse, 201 W. Jefferson, Phoenix, AZ 85003** and the property will be sold by the Trustee to the highest bidder for cash (in the forms which are lawful tender in the United States and acceptable to the Trustee, payable in accordance with ARS 33-811). The sale shall convey all right, title, and interest conveyed to and now held by it under said Deed of Trust, in the property situated in said County and State and more fully described as:

Lot 7188, MARYVALE TERRACE NO. 20, according to the plat of record in the office of the County Recorder of Maricopa
County, Arizona, recorded in Book 81 of Maps, Page 11.

The street address/location of the real property described above is purported to be:

> **6301 W Missouri Ave**
> **Glendale, AZ 85301**
> **Tax Parcel No.: 144-63-093 4**

The undersigned Trustee, **Leonard J. McDonald, Attorney at Law,** disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be made in an "as is" condition, but without covenant or warranty, expressed or implied, regarding title, possession or encumbrances, to satisfy the indebtedness secured by said Deed of Trust, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed of Trust with interest thereon as proved in said Note, plus fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

*(Notice of Sale continued following page ..........)*

*Page 2 of Notice of Trustee's Sale*
*File ID: 24-01861-LC-AZ Lyons*

Original Principal Balance: $250,381.00

Original Trustor: Sherman Lyons, an unmarried man
          6301 W Missouri Ave, Glendale, AZ 85301

Current Beneficiary:
Lakeview Loan Servicing, LLC
Care of/Servicer
      LoanCare, LLC
      3637 Sentara Way
      Suite 303
      Virginia Beach, VA  23452

Current Trustee:
Leonard J. McDonald
2525 East Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 255-6035

Dated this ___12___ day of ___March___, 20_24_.

Leonard J. McDonald, Attorney at Law
Trustee/Successor Trustee, is regulated by and
qualified per ARS Section 33-803 (A)2 as a
member of The Arizona State Bar

STATE OF ARIZONA
COUNTY OF MARICOPA

On this 12 day of March, 2024 before me, Stephen Daniel Clem, a Notary Public for said State, personally appeared Leonard J. McDonald personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



Notary Public State of Arizona
Maricopa County
Stephen Daniel Clem
My Commission Expires 11/3/2026
Commission Number    635773

Stephen Daniel Clem, Notary Public

If a determination is made that this firm is a debt collector as that term is defined within the Fair Debt Collection Practices Act, then you are notified that this communication is from a debt collector, that this firm is attempting to collect a debt, and that any information obtained will be used for that purpose. Please be advised that if your personal liability for this debt has been modified or extinguished by a discharge in bankruptcy, this communication is provided solely in reference to the enforcement of the security instrument remaining on the property and is not an attempt to collect the discharged personal obligation. The notifications provided herein do not limit or detract from the rights provided for in the security instrument.

NOTICE:  If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.