# EXHIBIT C

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
5/23/2024 9:49:28 AM
Filing ID 17869488

Leonard J. McDonald (SBN 014228)
Michael F. Bosco (SBN 033957)

**TB** **TIFFANY & BOSCO**
P.A.

7720 N. 16th Street, Suite 300
Phoenix, AZ 85020
TELEPHONE: (602) 255-6000
FACSIMILE:  (602) 255-0103
EMAIL: LJM@tblaw.com; MFB@tblaw.com
*Defendant*
24-04195

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Sherman Lyons Jr.,

        Plaintiff,

  v.

Lakeview Loan Servicing LLC, *et al.*,

        Defendants.

Case No. CV2024-007052

**GOOD FAITH CONSULTATION CERTIFICATE**

    Pursuant to Rule 12(j) and 7.1(h) counsel for Defendants Tiffany & Bosco, P.A. (the "Firm"), specially appearing, and Leonard J. McDonald (individually, "Trustee" and collectively, the "Bosco Defendants") hereby submits this Good Faith Consultation Certificate in support of its Motion to Dismiss.

    1.    On May 10, 2024, two days after being served with the Complaint, I sent an email to Plaintiff regarding the Complaint filed against the Bosco Defendants.

    2.    In that May 10, 2024 email, I informed Plaintiff that the underlying trustee's sale had been cancelled, that the Complaint was moot, and requested that the Complaint be voluntarily dismissed.

    3.    Plaintiff did not respond.

    4.    On May 20, 2024, I sent a follow up email to Plaintiff again inquiring about whether or not the Complaint would be voluntarily dismissed.

-1-

5.    Plaintiff did not respond.

6.    On May 23 ,2024, we filed the Motion to Dismiss.

DATED this 23rd day of May, 2024

TB  TIFFANY & BOSCO
P.A.

By: */s/ Leonard J. McDonald*
        Leonard J. McDonald
        Michael F. Bosco
        Seventh Floor Camelback Esplanade II
        2525 East Camelback Road
        Phoenix, Arizona 85016-4237
        **Attorneys for the Bosco Defendants**

-2-