IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherman Lyons, Jr., et al., | No. CV-24-01373-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Julio Aldecocea, et al., | |
| Defendants. | |

Plaintiff Sherman Lyons, Jr., filed his complaint in state court on April 1, 2024.[1] (Doc. 1-1 at 4.) That complaint did not clearly identify who Lyons was attempting to sue but it seemed to identify as defendants the following entities and individuals:

1. Julio Aldecocea, Lakeview Loan Servicing LLC;

2. Leonard J. McDonald/Beneficiary;

3. Empire West Title Agency, LLC;

4. Robert Anderson, General Counsel of Moria Development, Inc.;

5. Stanley Morris dba People Mortgage;

6. Mortgage Electronic Registration System;

7. Tiffany and Bosco;

8. Sean O'Neal/SVP General Partner/Bayview MSR Opportunity Master Fund.

(Doc. 1-1 at 8). While the case was in state court, Lyons may have served Stanley Morris and Robert Anderson (Doc. 1-1 at 21), Empire West Title Agency, LLC (Doc. 1-1 at 45),

---

[1] That document is titled "Civil Complaint Amendment," but there does not appear to have been any earlier filing.

and Leonard J. McDonald (Doc. 1-1 at 86). An attorney filed an answer in state court on behalf of defendants Robert Anderson, Stanley Morris, and Moria Development Inc.[2] (Doc. 1-1 at 31.) Defendants Tiffany & Bosco and Leonard J. McDonald filed a motion to dismiss in state court, but that motion is not in the record in this court. (Doc. 1-1 at 41; 1-2 at 2.) Empire West Title Agency LLC did not appear in state court and there is no indication defendants Mortgage Electronic Registration System, Sean O'Neal, or Julio Aldecocea were served or appeared in state court.

Despite not being served, Aldecocea removed the case to federal court. (Doc. 1.) The certificate of service attached to the notice of removal incorrectly identified Lyons's mailing address as "406301 West Missouri Avenue, Glendale, Arizona 85301." (Doc. 1 at 5.) That incorrect address was listed on the docket from June 6, 2024, until September 3, 2024, when Lyons filed a document correcting his address to 6301 W. Missouri. (Doc. 23.)

On July 22, 2024, Aldecocea filed a motion to dismiss and the certificate of service states it was sent to "406301 West Missouri." (Doc. 21 at 17.) Thus, it is unlikely Lyons received a copy of that motion. To ensure Lyons has received notice of what has occurred in federal court, Aldecocea must remail its motion to dismiss and all other documents filed between the date of removal and when Lyons updated his address.

Lyons must respond to the motion to dismiss filed by Aldecocea. In addition, defendants Tiffany & Bosco, P.A., and Leonard J. McDonald must refile their motion to dismiss, and Lyons must respond to that motion as well. Failure to respond to a motion may be viewed as Lyons consenting to the granting of the motion. Local Rule 7.2(i). Finally, Lyons is required to file proofs of service for defendants Mortgage Electronic Registration System and Sean O'Neal or a motion seeking additional time to serve those defendants. If Lyons does not file proofs or service or a motion seeking additional time, those defendants will be dismissed.

Accordingly,

**IT IS ORDERED** no later than **September 13, 2024**, defendant Julio Aldecocea

---

[2] It is not clear Moria Development was named as a separate defendant, but an answer was filed on its behalf.

- 2 -

shall remail the documents filed after removal to plaintiff's correct address.

**IT IS FURTHER ORDERED** no later than **September 13, 2024**, Tiffany & Bosco, P.A. and Leonard J. McDonald shall file the motion to dismiss previously filed in state court.

**IT IS FURTHER ORDERED** no later than **September 27, 2024**, plaintiff shall file separate responses to 1) the motion to dismiss filed by Tiffany & Bosco, P.A. and Leonard J. McDonald; and 2) the motion to dismiss filed by Julio Aldecocea.

**IT IS FURTHER ORDERED** no later than **September 27, 2024**, Plaintiff shall file proofs of service for Mortgage Electronic Registration System and Sean O'Neal or a motion seeking additional time to complete service. The Clerk of Court is directed to dismiss without prejudice Mortgage Electronic Registration System and Sean O'Neal if no proof of service or motion for extension of time is filed by **September 27, 2024**.

Dated this 12th day of September, 2024.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 3 -