Your Name: Sherman Lyons

Address: 6301 West Missouri Avenue

City, State, Zip: Glendale, Az 85301

Phone Number: 602 796 0577

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 03 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Sherman Lyons Jr.

        Plaintiff,

v. Leonard J. Macdonald,
Julio Aldecocea et al

        Defendant(s).

Case No: 2:24-cv-01373-DWL

Motion to produce
Documents

Honorable Judge I ask for the motion to produce Documents mainly the wet ink signature promissary true and certified copy to help me defend myself in court, so that the true holder in due course can be confirmed. There has been no consideration protaining to this matter and also there has never been full disclosure aswell. Lack of proformance is a concern for me aswell* in return for a loan that I have recieved* Thank you for your consideration protaining to this matter.

Sherman Lyons Jr.

10/3/24

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona  ▾

| | |
|---|---|
| Sherman Lyons Jr | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2-24-cv-01373-DWL |
| Leonard J. Macdonald, Julio Aldecocea et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Leonard J. Mcdonald, Julio Aldecocea(defendant)(s
_____
*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: A true, wet ink certified copy of the original promissory note, full disclosure of the deposit slip of said loan, the insurance policy on Borrower's promissory note associated with the loan, the account number from which the money came to fund the check given to the Borrower.

| Place: United States DIstrict Court | Date and Time: |
|---|---|
| | 11/20/2024 1:55 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: United States DIstrict Court | Date and Time: |
|---|---|
| | 11/20/2024 1:55 pm |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:       10/03/2024

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* TROUTMAN PEPPER, JUSTIN.BALSER@TROUTMAN.COM (949-522-2700)_____ , who issues or requests this subpoena, are: Sherman Lyons Jr.

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: