# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shermon Lyons, Jr./ The Lyons Family Trust,<br><br>   Plaintiff,<br><br>   v.<br><br>Leonard J. McDonald; Julio Aldecocea c/o Lakeview Loan Servicing, LLC,<br><br>   Defendants. | Case No.  2:24-cv-01373-KML<br><br>**ORDER** |

Defendants Julio Aldecocea ("Aldecocea") and Lakeview Loan Servicing, LLC ("Lakeview") (collectively, Aldecocea and Lakeview are referred to as "Defendants"), Motion to File Late Reply pursuant to Fed. R. Civ. P. 6(b)(1)(B) and LR 7.3 came before this Court on November 1, 2024. The Court having considered the Motion, Fed. R. Civ. P. 6(b), and the factors set forth in *Warkentin v. Federated Life Ins. Co*., 594 F. App'x 900, 901 (9th Cir. 2014), and for good cause appearing, hereby grants the Motion as follows:

**IT IS ORDERED** that the Motion to File Late Reply is granted.

**Honorable Krissa M. Manham**
**United States District Judge**

ORDER GRANTING MOTION TO LATE FILE