# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherman Lyons, Jr., et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>Julio Aldecocea, et al.,<br><br>     Defendants. | **NO. CV-24-01373-PHX-KML**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 27, 2025, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

January 27, 2025

By      s/ E. Aragon
Deputy Clerk