# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Ninth Circuit)

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

_____ RECEIVED _____ LODGED _____ COPY

FEB 2 4 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

U.S. District Court case number: | 2:24-cv-01373-KML

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | March 20, 2024

Date of judgment or order you are appealing: | January 27, 2025

Docket entry number of judgment or order you are appealing: | Doc. 37

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ⊙ No    ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sherman Lyons Jr

---

Is this a cross-appeal?  ○ Yes    ⊙ No

If yes, what is the first appeal case number? |

Was there a previous appeal in this case?  ○ Yes    ⊙ No

If yes, what is the prior appeal case number? |

Your mailing address (if pro se):

6301 west Missouri avenue

City: | Glendale    State: | az    Zip Code: | 85301

Prisoner Inmate or A Number (if applicable): |

**Signature** | *Sherman-Lyons Jr. (TTEE)*    **Date** | 2/24/25

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Sherman Lyons Jr

Name(s) of counsel (if any):

Address: 6301 west Missouri avenue

Telephone number(s): 6027960577

Email(s): shermanlyons81@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ◉ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Leonard J. McDonald, Jr.
Julio Aldecocca

Name(s) of counsel (if any):

Robert George Anderson
Polsinelli PC

Address: 1 E. Washington St., Ste. 1200, 2525 E. Camelback Rd., 7th Fl.

Telephone number(s): 602-225-6035

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                  *1*                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

| |
|---|
| Justin Donald Balser<br>Troutman Pepper Hamilton Sanders LLP |

Name(s) of counsel (if any):

| |
|---|
| Justin Donald Balser<br>Troutman Pepper Hamilton Sanders LLP |

Address: 

Telephone number(s): 

Email(s): 

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## Appellees

Name(s) of party/parties:

| |
|---|
| Julio Aldecocca |

Name(s) of counsel (if any):

| |
|---|
| Robert George Anderson<br>Polsinelli PC |

Address: 1 E. Washington St., Ste. 1200Phoenix, AZ 85004

Telephone number(s): 

Email(s): 

Name(s) of party/parties:

| |
|---|
| |

Name(s) of counsel (if any):

| |
|---|
| Justin Donald Balser |

Address: Troutman Pepper Hamilton Sanders LLP5 Park Plaza, Suite 1400Irvine,

Telephone number(s): 

Email(s): 

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**            2            *New 12/01/2018*