# IN THE UNITED STATES ~~COURT OF APPEALS FOR THE NINTH CIRCUIT~~

District Court

| | |
|---|---|
| | ☑ FILED   ___ LODGED |
| | ___ RECEIVED   ___ COPY |
| | FEB 2 4 2025 |
| | CLERK U S DISTRICT COURT |
| | DISTRICT OF ARIZONA |
| | BY _____ DEPUTY |

**Sherman Lyons Jr.,**

*Plaintiff-Appellant,*

**v.**

**Julio Aldecocca.,**

*Defendants-Appellees.*

**Case No.: 2:24-cv-01373-KML**

## NOTICE OF APPEAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

Pursuant to Federal Rule of Appellate Procedure 3, Plaintiff Sherman Lyons Jr. hereby appeals

to the Ninth Circuit Court of Appeals from the **Final Judgment (Doc. 39)** and **Order (Doc. 37)**

entered on January 27, 2025, dismissing all claims with prejudice.

**Issues on Appeal:**

1. The District Court erred in dismissing the Complaint under Rule 12(b)(6) without
   granting leave to amend.

2. The Court improperly dismissed claims against Julio Aldecocca for lack of personal
   jurisdiction.

3. The Court failed to consider supplemental jurisdiction over state constitutional claims
   under the Arizona Bill of Rights (Art. 2, §§ 4, 17).

4. New evidence of a loan modification post-dismissal confirms Defendants' lack of
   standing to foreclose.

**Respectfully submitted,**

Sherman Lyons Jr.

6301 W. Missouri Ave.

Glendale, AZ 85301

(602) 796-0577