Sherman Lyons, Jr.
*Pro Se Plaintiff*
6301 W Missouri Ave.
Glendale, AZ 85301
(602) 796-0577

# AFFIDAVIT OF INDIGENCY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Sherman Lyons, Jr.,
*Plaintiff,*

v.

Julio Aldecocca, et al.,
*Defendants.*

**Case No.: 2:24-cv-01373-KML**

### AFFIDAVIT OF INDIGENCY

## STATE OF ARIZONA
## COUNTY OF MARICOPA

I, Sherman Lyons, Jr., being duly sworn, depose and state as follows:

1. **Personal Information**:
   - Full Name: Sherman Lyons, Jr.
   - Address: 6301 W Missouri Ave., Glendale, AZ 85301
   - Phone: (602) 796-0577
2. **Employment Status**:
   - I am currently working at Arizona Material.
   - Employed, my monthly income is $3500.

3. **Income Sources**:
   - Monthly wages: $3500
   - Social Security/SSI: $ 436517967
   - Total monthly income: $3500
4. **Assets**:
   - Cash on hand: $ 0
   - Bank accounts: $ 0
   - Real estate: 6301 west Missouri Avenue value 250.000
   - Vehicles: 2007 gmc value 6000
   - Other assets: na
5. **Monthly Expenses**:
   - Rent/mortgage: $1700
   - Utilities: $400
   - Food: $600
   - Transportation: $50
   - Medical expenses: $100
   - Other expenses: $300
   - Total monthly expenses: $3100.00
6. **Dependents**:
   - I have 7 dependents.
7. **Debts**:
   - I owe $260,000 in debts.
8. **Inability to Pay**:
   - I cannot pay the $605 filing fee for this appeal or provide security for costs because of my limited financial resources.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _2/23_, 2025

Sherman Lyons, Jr.    *Sherman-Lyons, Jr.*

SUBSCRIBED AND SWORN TO before me on _02-23_, 2025.

*Marina Seyfried*
Notary Public

My Commission Expires: _01-02-2028_



MARINA SEYFRIED
Notary Public - Arizona
Maricopa County
Commission # 659098
My Comm. Expires Jan 2, 2028